Print Form

FILED

DEC -8 PM 3: 14

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

1   Name:  Joe E. III: COLLINS

2   Address:  11705 Willake Street, Santa Fe Springs, Ca 90670

3   Telephone Phone:  858-882-7519

4   Email:  joecollins47@gmail.com

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   Joe E. III: COLLINS                    Case No.:  '17 CV 2467 MMA KSC

12                                                     (assigned at time of filing)

13                                    ,
                            Plaintiff(s),

14   v.                                       COMPLAINT

15   COUNTY OF SAN DIEGO DCSS

16

17                                    ,
                            Defendant(s).

18

19

20   I.   RELATED CASES

21        a.   Do you have other Civil Case(s) in this or any other federal court?

22             ☐ Yes        ☒ No

23        b.   If yes, please list the case numbers here:

24

25   II.  STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how*

26        *each defendant is involved, and tell what each defendant did to you that caused*

27        *you to file this suit against them. Include names of any other persons involved,*

28        *dates, and places.)*

Print Form

1  Name:  Joe E. III: COLLINS

2  Address:  11705 Willake Street, Santa Fe Springs, Ca 90670

3  Telephone Phone:  858-882-7519

4  Email:  joecollins47@gmail.com

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  Joe E. III: COLLINS                          Case No.: _____

12                                                    (assigned at time of filing)

13                                         ,
                              Plaintiff(s),

14  v.                                       **COMPLAINT**

15  COUNTY OF SAN DIEGO DCSS

16

17                                         ,
                              Defendant(s).

18

19

20  **I.    RELATED CASES**

21         a.    Do you have other Civil Case(s) in this or any other federal court?

22               ☐ Yes        ☒ No

23         b.    If yes, please list the case numbers here:

24

25  **II.   STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how*

26         *each defendant is involved, and tell what each defendant did to you that caused*

27         *you to file this suit against them. Include names of any other persons involved,*

28         *dates, and places.)*

The COUNTY OF SAN DIEGO DEPARTMENT OF CHILD SUPPORT
SERVICES, SUPERIOR COURT OF SAN DIEGO, and ADAM
WERTHEIRMER willfully, knowingly and intentionally colluded to deprive the
Injured Party of rights under color of law, knowingly and intentionally committed
fraud and deceit, and negligently misrepresentation, Concealed Material Facts,
Deprived Injured Party of Due Process of Law, after due notice trespassed against
my private property without just compensation, failed to provide and oath of
office for the State of California, Oath of Office for the United States
Constitution, and Surety bond, committed fraud to default Injured Party into a
personal responsibility contract in which I had no duty to enter, which had
notified the court I did not consent to any contracts, as well as to continue to
receive funds from the federal government and the Public Treasury.

The Child Support Agency is not a State or Government Agency Evidence under
42 U.S.C. §654 (3) Proves that the child support agency is a single and separate
unit under the California Health and human Services department.
Since the COUNTY OF SAN DIEGO DEPARTMENT OF CHILD SUPPORT
SERVICES receives five major sources of federal funding, they cannot claim
sovereign immunity while the injured party sues them in federal court for
deprivation of rights under color of law Monell v. New York City Dpt. Of Social
Services 436 U.S. 658

42 U.S.C. §654 (3) provide for the establishment or designation of a single and
separate organizational unit, which meets such staffing and organizational
requirements as the Secretary may by regulation prescribe, within the State to
administer the plan.

Evidence also proves under 45 C.F.R. 302.34 the child Support Agency will enter
into written agreements for cooperative arrangements under 45 C.F.R. 303.107.
the requirements of cooperation agreements obtain clear descriptions of the
specific duties, functions and responsibilities of each party of the appropriate
courts, law enforcement officials and specify that the parties will comply with the
title IV-D of the Act and specify the dates on which the contract will start and
ends.

Evidence under 45 C.F.R. §303.107(c) proves that these contracts are relevant to the duties to be performed. The courts and law enforcement officials shall provide for assistance to the shall provide for assistance to the COUNTY OF SAN DIEGO DEPARTMENT OF CHILD SUPPORT SERVICES in carrying out the program. Under matters of concern, arrangements in provisions to reimburse courts and law enforcement officials for their assistance which also violate the Separation of Powers Doctrine as well as provides evidence that the COUNTY OF SAN DIEGO DEPARTMENT OF CHILD SUPPORT SERVICES, SUPERIOR COURT OF SAN DIEGO, and ADAM WERTHEIRMER colluded and deprived the Injured Party of his rights under color of law.

Sec. 466, 42 U.S.C. §666(a) REQUIREMENT OF STATUTORILY PRESCRIBED PROCEDURES which requires that the COUNTY OF SAN DIEGO DEPARTMENT OF CHILD SUPPORT SERVICES must have in effect laws requiring the use of the following procedures consistent with this section. Sec. 466, 42 U.S.C. §666 (C) Voluntary paternity acknowledgment.
(i) Simple civil process.—Procedures for a simple civil process for voluntarily acknowledging paternity under which the State must provide that, before a mother and a putative father can sign an acknowledgment of paternity, the mother and the putative father must be given notice, orally, or through the use of video or audio equipment, and in writing, of the alternatives to, the legal consequences of, and the rights (including, if 1 parent is a minor, any rights afforded due to minority status) and responsibilities that arise from, signing the acknowledgment.

As prescribed by the U.S. Department of Health and Human Services, Federal Office of Child Support Enforcement Glossary of Common Child Support Terms paternity acknowledgement involves the legal establishment of fatherhood for a child through a voluntary acknowledgement signed by both parents as part of an in-hospital or other acknowledgement service.

The word Voluntary, especially in statutes, implies knowledge of essential facts, having nominal consideration, unconstrained by another ' s influence, un-impelled by another ' s influence, spontaneous, acting of oneself, done by design, or intention, purpose intended, proceeding from the unconstrained free will of a man, produced by in or an act of choice, resulting from choosing.
(Black ' s Law Dictionary 4th Ed pg 1746)

The word Influence refers us to use the word undue influence, defined as any improper or wrongful constraint, machination, or urgency of persuasion, whereby the will of a person is over powered, and he is induced to do or forbear an act which he would not do or would do if left to act freely. (Black ' s law dictionary 4th Ed pg 1697)

The word Machination is the act of planning or contriving a scheme for executing some purpose, particularly an evil purpose as an artful design formed with deliberation (Black ' s law dictionary 4th Ed pg 1101)

The COUNTY OF SAN DIEGO DEPARTMENT OF CHILD SUPPORT SERVICES, SUPERIOR COURT OF SAN DIEGO, and ADAM WERTHEIRMER knowingly and intentionally used deceit, fraud and negligently misrepresented their program, to deprive the Injured Party of Due Process by failing to adhere to their own law governing their child support program to default the Injured Party of into a personal responsibility contract failing to address that this program is voluntary.

Evidence proves that the COUNTY OF SAN DIEGO DEPARTMENT OF CHILD SUPPORT SERVICES, SUPERIOR COURT OF SAN DIEGO, and ADAM WERTHEIRMER under 42 U.S.C. 654(3) was required to inform the Injured party of legal consequences arising from paternity establishment who did knowingly and willfully committed fraud by Concealment of these Material Facts while acting on the paternity establishment scheme to obtain federal funding and willfully and knowingly violate Article 1 Sec 7, 45 C.F.R. §303.101(c)(2), Sec 466 of 42 U.S.C. §666 (a)(5)(i) and P.L. 103-66 Resulting in the deprivation of my inherent rights to life liberty and the pursuit of happiness.

Paternity establishment is a prerequisite for obtaining a child support order. Without paternity establishment the State has no legal claim of a " father ' s " income. Child Support Federal manual.

Legal consequences of paternity acknowledgement. Wage with holdings, liens on property; offset of unemployment compensation payments; seizure and sale pf personal or real property; reporting arrearages to credit agencies to prevent undeserved extension of credit; seizures of State and federal income tax refunds; revocation of various types of license ' s, attachment of lottery winnings and insurance settlements or debtor parents; requirement that recipients of financial assistance from the Small Business Administration, including direct loans and loan guarantees must certify that the recipient is no more than 60 days delinquent in the payment of child support, authority to seize assets held in public or private retirement funds and financial institutions; deprivation of debtor to fresh start to discharge debt completely, pay percentage of debt or pay full amount of the debt over long periods of time because debts for support and alimony are not dischargeable, and State and Federal imprisonment, fines or both.

The clause establishes substantive due process, under which courts determine whether the government has sufficient justification for its actions.
First stream of funding allocated by the State and/or localities.
Second stream of funding 66% FFP.
Third stream of funding Child Support collections.
Fourth stream of funding Federal incentive payments.
Fifth stream of funding money obtained through application fees and cost.
Oliphant v. Bradley, 1992 US Dist. LEXIS 8975 at *23 (N D I1M19 92). In this regard the court agreed with the finding in Oliphant, slip op. at 16, that Title IV-D does not require participating states to provide child support service to AFDC applicants the state, like other states which have " voluntarily " agreed to participate in the AFDC program are required to offer child support services as a condition of receiving federal funding.
Evidence proves that the COUNTY OF SAN DIEGO DEPARTMENT OF CHILD SUPPORT SERVICES, SUPERIOR COURT OF SAN DIEGO, and ADAM WERTHEIRMER are not acting in the best interest of the child in which they claim but to receive federal funding for providing services to AFDC families, which is a fraudulent claim and negligently misrepresentation of the COUNTY OF SAN DIEGO DEPARTMENT OF CHILD SUPPORT SERVICES, SUPERIOR COURT OF SAN DIEGO, and ADAM WERTHEIRMER and violates Article 1 Sec 7, 45 C.F.R. §303.101(c)(2), Sec 466 of 42 U.S.C. §666 (a) (5)(i) and P.L. 103-66 CACI No. 1903 and CACI No. 2101, Resulting

in the deprivation of my inherent rights to life liberty and the pursuit of happiness. A claim for fraudulent inducement encompasses the same elements as a claim for common law fraud, but also requires an additional element that the misrepresentation at issue was made with specific intent to induce another to enter into a contract when the person had no duty to enter into the contract. Goldstein v. Murland, 2002 WL 1371747, at *1 (E.D. Pa. June 24, 2002)

42 U.S. Code § 1983 imposes liability on anyone who under color of law, deprives a person of any rights, privileges or immunities secured by the Constitution and laws. After giving Due Notice of status, notice that I do not consent to any contracts, codes, state code, statues commercial presentments or any of the similar less I be compensated, to The COUNTY OF SAN DIEGO DEPARTMENT OF CHILD SUPPORT SERVICES, SUPERIOR COURT OF SAN DIEGO, and ADAM WERTHEIRMER, continued to trespass against my private property without just compensation. The COUNTY OF SAN DIEGO DEPARTMENT OF CHILD SUPPORT SERVICES, SUPERIOR COURT OF SAN DIEGO, and ADAM WERTHEIRMER willfully continued with five more hearing without providing any notification of the hearing where they willfully and knowingly violated Article 1 Sec 7, 45 C.F.R. §303.101(c)(2), Sec 466 of 42 U.S.C. §666 (a)(5)(i) and P.L. 103-66 Resulting in the deprivation of my inherent rights to protect my property. (See attachment 8 and 8.1)

45 C.F.R. 303.101(d)(4) would require that, as one of their functions, presiding officers enter default orders not only in cases where the absent parent does not respond to service within a reasonable period of time specified by the state (as required under current regulation) but also in cases where the defendant fails to appear at a hearing. This default provision applies to paternity as well as support order establishment and enforcement cases worked via expedited process. Before a default order could be entered, this proposed rule would require a showing of service of process in accordance with State las and any additional showing required by State law. Service of Process coincides with due process. The State is required to afford due process safeguards, as well as show service of process in which was intentionally not provided which proves the COUNTY OF SAN DIEGO DEPARTMENT OF CHILD SUPPORT SERVICES, SUPERIOR COURT OF SAN DIEGO, and ADAM WERTHEIRMER knowingly and willfully committed fraud in order to default the Injured party into a contract he had no duty to enter, depriving the Injured party of my inherent rights to life liberty and the pursuit of happiness and the right to defend my property from

unlawful seizures.

(H) Default orders. — Procedures requiring a default order to be entered in a paternity case upon a showing of service of process on the defendant and any additional showing required by State law.

Due Process — Principal of fairness in a legal proceeding so that a person has a right to know what action is being taken and has an opportunity to be heard. Chief Justice William Howard Taft Truax v. Corrigan 1921. The Due Process clause requires that every man shall have protection of his day in court and the benefit of general law, a law which hears before it condemns, which proceeds not arbitrarily or capriciously but upon inquiry and renders judgement only after trial, so that every citizen shall hold his life, liberty, property and immunities under protection of the general rule which governs society. It of course tends to secure equality of law in the sense that it makes a required minimum protection for everyone ' s right to life, liberty, and property which congress and the legislature may not withhold.

California Constitution Article 1 Sec 31 (e) Nothing in this section shall be interpreted as prohibiting action which must be taken to establish or maintain eligibility for any federal program, where ineligibility would result in a loss of federal funds to the State.

This section abrogates me as an Injured Parties Inherent guaranteed rights, and is repugnant to the Constitution all in the name of federal funding that benefits the state, employee ' s actors, and contracted agents.

Repugnant: that what is contrary to what is stated before; a repugnant condition is void. (Black ' s law dictionary 4th Ed pg 1467)

Therefore, Article I Sec 31 (e) of the Bill of Rights is NULL and VOID.

Article 1 Sec 1 of the California Constitution States All people are free by nature and independent and have inalienable rights, among these are the enjoying and defending life and liberty, acquiring, possessing and protecting property and pursuing and obtaining safety and happiness and privacy.

Title 45 of the U.S. Codes Title IVD of the Social Security Act are not in acted into positive law which creates no enforceable law or rights and only applies to those who subject themselves to it, in which I did not consent to this.

(See Attachment 1/ Attachment 8/ Attachment 8.1)

Sec 403. U.S.C. 603 (a) Grants (c) (III) proves that in the case of a " noncustodial Parent " who becomes enrolled in the project on or after the date of enactment of this clause, the noncustodial parent is in compliance with the terms of an oral or written personal responsibility contract entered into among the " noncustodial Parent "

**Public Law 102-66 Omnibus budget Reconciliation Act of 1993. Requires the States have in effect A simple civil process for voluntarily acknowledging paternity under which the State must explain the rights and responsibilities of acknowledging paternity and afford due process safeguards.**

Sec 466 of 42 U.S.C. §666 (a)(5)(i)

45 C.F.R. §303.101(c)(2)

U.S. Constitution 5th and 14th

State Constitution Art 1 Sec 7

42 U.S. Code § 1983 - Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer ' s judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

(R.S. §?1979; Pub. L. 96 − 170, §?1, Dec. 29, 1979, 93 Stat. 1284; Pub. L. 104 − 317, title III, §?309(c), Oct. 19, 1996, 110 Stat. 3853.)

**IV.  DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

      ☒ Yes    ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

_5 DEC 2017_
Date

_Joe E. III: COLLINS_
Printed Name

Signed before me this 5th day of December 2017 by Joe Edward Collins III

FREDA WALLACE
Notary Public, State of Texas
Comm. Expires 06-08-2020
Notary ID 8671993

Notary

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**III.** **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.*

*Do not use this space to state the facts of your claim.)*

I wan the court to terminate the default child support order, disestablish paternity which derived from the default order, and the San Diego child Support Services to pay damages of $100,000,000.00.

11/27/2017  1 U.S. Code § 204 - Codes and Supplements as evidence of the laws of United States and District of Columbia; citation of Codes and Supplem...

Support Us!

## Legal Information Institute [LII]
OPEN ACCESS TO LAW SINCE 1992

# 1 U.S. Code § 204 - Codes and Supplements as evidence of the laws of United States and District of Columbia; citation of Codes and Supplements

### UNITED STATES CODE TITLES AS POSITIVE LAW

The following titles of the United States Code were enacted into positive law by the acts enumerated below:

Title 1, General Provisions—Act July 30, 1947, ch. 388, § 1, 61 Stat. 633.

Title 3, The President—Act June 25, 1948, ch. 644, § 1, 62 Stat. 672.

Title 4, Flag and Seal, Seat of Government, and the States—Act July 30, 1947, ch. 389, § 1, 61 Stat. 641.

Title 5, Government Organization and Employees—Pub. L. 89–554, § 1, Sept. 6, 1966, 80 Stat. 378.

Title 9, Arbitration—Act July 30, 1947, ch. 392, § 1, 61 Stat. 669.

Title 10, Armed Forces—Act Aug. 10, 1956, ch. 1041, § 1, 70A Stat. 1.

Title 11, Bankruptcy—Pub. L. 95–598, title I, § 101, Nov. 6, 1978, 92 Stat. 2549.

Title 13, Census—Act Aug. 31, 1954, ch. 1158, 68 Stat. 1012.

Title 14, Coast Guard—Act Aug. 4, 1949, ch. 393, § 1, 63 Stat. 495.

Title 17, Copyrights—Act July 30, 1947, ch. 391, § 1, 61 Stat. 652, as amended Oct. 19, 1976, Pub. L. 94–553, title I, § 101, 90 Stat. 2541.

Title 18, Crimes and Criminal Procedure—Act June 25, 1948, ch. 645, § 1, 62 Stat. 683.

Title 23, Highways—Pub. L. 85–767, § 1, Aug. 27, 1958, 72 Stat. 885.

Title 28, Judiciary and Judicial Procedure—Act June 25, 1948, ch. 646, § 1, 62 Stat. 869.

Title 31, Money and Finance—Pub. L. 97–258, § 1, Sept. 13, 1982, 96 Stat. 877.

Title 32, National Guard—Act Aug. 10, 1956, ch. 1041, § 2, 70A Stat. 596.

Title 34, Navy—See Title 10, Armed Forces.

Title 35, Patents—Act July 19, 1952, ch. 950, § 1, 66 Stat. 792.

Title 36, Patriotic and National Observances, Ceremonies, and Organizations—Pub. L. 105–225, § 1, Aug. 12, 1998, 112 Stat. 1253.

Title 37, Pay and Allowances of the Uniformed Services—Pub. L. 87–649, § 1, Sept. 7, 1962, 76 Stat. 451.

Title 38, Veterans' Benefits—Pub. L. 85–857, § 1, Sept. 2, 1958, 72 Stat. 1105.

Title 39, Postal Service—Pub. L. 86–682, § 1, Sept. 2, 1960, 74 Stat. 578, as revised Pub. L. 91–375, § 2, Aug. 12, 1970, 84 Stat. 719.

Title 40, Public Buildings, Property, and Works—Pub. L. 107–217, § 1, Aug. 21, 2002, 116 Stat. 1062.

Title 41, Public Contracts—Pub. L. 111–350, § 3, Jan. 4, 2011, 124 Stat. 3677.

Title 44, Public Printing and Documents—Pub. L. 90–620, § 1, Oct. 22, 1968, 82 Stat. 1238.

Title 46, Shipping—Pub. L. 98–89, § 1, Aug. 26, 1983, 97 Stat. 500; Pub. L. 99–509, title V, subtitle B, § 5101, Oct. 21, 1986, 100 Stat. 1913; Pub. L. 100–424, § 6, Sept. 9, 1988, 102 Stat. 1591; Pub. L. 100–710, title I, § 102, Nov. 23, 1988, 102 Stat. 4738; Pub. L. 109–304, Oct. 6, 2006, 120 Stat. 1485.

Title 49, Transportation—Pub. L. 95–473, § 1, Oct. 17, 1978, 92 Stat. 1337; Pub. L. 97–449, § 1, Jan. 12, 1983, 96 Stat. 2413; Pub. L. 103–272, § 1, July 5, 1994, 108 Stat. 745.

Title 51, National and Commercial Space Programs—Pub. L. 111–314, § 3, Dec. 18, 2010, 124 Stat. 3328.

Title 54, National Park Service and Related Programs—Pub. L. 113–287, § 3, Dec. 19, 2014, 128 Stat. 3094.

### TITLE 26, INTERNAL REVENUE CODE

The Internal Revenue Code of 1954 was enacted in the form of a separate code by act Aug. 16, 1954, ch. 736, 68A Stat. 1. Pub. L. 99–514, § 2(a), Oct. 22, 1986, 100 Stat. 2095, provided that the Internal Revenue Title enacted Aug. 16, 1954, as heretofore, hereby, or hereafter amended, may be cited as the "Internal Revenue Code of 1986". The sections of Title 26, United States Code, are identical to the sections of the Internal Revenue Code.

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*

ATTACHMENT 1.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☒ CENTRAL DIVISION, COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101
☐ CENTRAL DIVISION, FAMILY COURT, 1555 6TH AVE., SAN DIEGO, CA 92101
☐ CENTRAL DIVISION, MADGE BRADLEY, 1409 4TH AVE., SAN DIEGO, CA 92101
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020
☐ EAST COUNTY DIVISION, RAMONA, 1428 MONTECITO RD., RAMONA, CA 92065
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910

FOR COURT USE ONLY

**F I L E D**
Clerk of the Superior Court

JUN 0 7 2017

By: S. JOHNSON, Deputy

| PETITIONER(S) |
| SHADETRA SHANETTE ROUWTT |

| RESPONDENT(S) | JUDGE/DEPT |
| JOE EDWARD COLLINS, III | ADAM WERTHEIMER / 42 |

**ORDER APPOINTING ATTORNEY PURSUANT TO
THE SERVICEMEMBERS CIVIL RELIEF ACT ("SCRA") – FAMILY LAW**

CASE NUMBER
DF260832

It is hereby ordered that an attorney from the San Diego County Bar Association/Bar Association of North San Diego County's SCRA Pro Bono Panel Program ("Attorney") be appointed pursuant to the SCRA to represent (*name of party*) JOE EDWARD COLLINS, IIII _____ ("the Presumed Servicemember") in the above-captioned matter for the limited purpose and scope described below.

**ATTORNEY STATUS:** Attorney shall be either:

(a) an attorney in good standing with the State Bar of California and licensed to practice in the State of California, <u>or</u>

(b) a judge advocate (as that term is defined at 10 U.S.C. § 801(13)) who is not a member of the State Bar of California, but who avers that he or she is a member in good standing of and eligible to practice before the bar of another State, Territory, or Possession of the United States or of the highest court in the above named state, territory or insular possession of the United States, as set forth in California Rules of Court, rule 9.41.

**LIMITED SCOPE:** Attorney's appearance hereunder shall be limited in scope, and shall serve solely to inform the court of the military status of the Presumed Servicemember, and if the Presumed Servicemember is on active duty with the United States Armed Forces or otherwise eligible for relief under 50 U.S.C. App. §§ 514, 521, 522, 524 from further proceedings, and to secure a stay or additional stay as permitted by law. Any and all appearances and filings by Attorney shall not be construed as a general appearance by the Presumed Servicemember, and shall not constitute an appearance for jurisdictional purposes. Appearances and filings likewise shall not constitute a waiver of any substantive or procedural defense, and shall not waive any rights or defenses of the Presumed Servicemember, or otherwise bind the Presumed Servicemember.

**DIRECTION TO THE CLERK:** For cases within the Central, East and South County Divisions, the clerk is directed to email the Program Administrator of the San Diego County Bar Association (**scralris@sdcba.org**) with the case name and number, date of appointment, judge/commissioner and department making the appointment, date of the next hearing, and date on which a copy of the court file may be picked up by the Attorney. For cases handled in the North County Division, the clerk is directed to email this information to the Program Administrator for the Bar Association of North San Diego County (**bansdc@bansdc.org**). The clerk shall then prepare copies of the court file for pick-up by the Attorney within 10 days of the date of this order, along with any and all documentation indicating the possible address and military status of the defendant/respondent at issue (including a copy of the Defendant/Respondent Information for Order Appointing Attorney under Servicemembers Civil Relief Act (SCRA) (SDSC Form #ADM-260), the original of which will be placed in a confidential envelope within the court file).

**NEXT HEARING:** Attorney and all other counsel and unrepresented parties in the case shall appear on 09/05/17 _____ (*a date at least 90 days from the date of the order*), at 1:45 PM _____ a.m./p.m., in this department, to further discuss the matter of possible relief under 50 U.S.C. App. §§ 514, 521, 522, 524 from further proceedings ("Next Hearing").

---

**ORDER APPOINTING ATTORNEY PURSUANT TO
THE SERVICEMEMBERS CIVIL RELIEF ACT ("SCRA") – FAMILY LAW**

*Attachment 2*

**NO FEES**: Attorney shall not be required to pay any appearance or other fees for appearances made or pleadings filed pursuant to the scope of appointment in this Order, and the clerk shall accept all such filings without payment. This does not relieve the Presumed Servicemember of the obligation to pay any such fees after the expiration of the stay.

**ATTORNEY RESPONSIBILITIES**: If it can be determined by Attorney that the Presumed Servicemember is eligible for a statutory stay, Attorney is expected to apply for a stay at or before the Next Hearing, in accordance with 50 U.S.C. App. §§ 514, 521, 522, 524.

If it cannot be determined by Attorney that the Presumed Servicemember is eligible for a statutory stay, Attorney is expected to inform the court of this fact at or before the Next Hearing, and to inform the court of all attempts to contact the Presumed Servicemember.

If a stay is granted, the court shall schedule a follow-up hearing at the expiration of the stay ("Follow-Up Hearing").

**RELIEF FROM DUTIES**: If no stay is granted, and/or Attorney represents that he or she could not contact the Presumed Servicemember, Attorney may request to be relieved of his or her duties hereunder at the completion of the Next Hearing, or may request or agree to continued limited representation pursuant to the terms of this Order, in which case this Order may be extended. If a stay is granted, Attorney shall appear at the Follow-Up Hearing, and may request to be relieved of his or her duties hereunder at the completion of the Follow-Up Hearing, or may request or agree to continued limited representation pursuant to the terms of this Order, in which case this Order may be extended.

IT IS SO ORDERED.

Date: 06/07/17 _____        _____
                                                            Judge/Commissioner of the Superior Court
                                                   ADAM WERTHEIMER

---

## CERTIFICATE OF SERVICE

I certify that I am not a party to the above-entitled cause, that I placed a copy of this form in a sealed envelope addressed to the parties shown with postage prepaid, and deposited it in the United States mail at   ☐ Chula Vista   ☐ El Cajon ☐ Ramona   ☐ San Diego   ☐ Vista,  California.

Clerk of the Superior Court

Date: _____          by _____, Deputy

---

attachment 3

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

| | |
|---|---|
| DATE: 06/07/2017 | TIME: 9:00 AM |
| HON: ADAM WERTHEIMER | DEPT: D-42 |
| CLERK: STEVEN JOHNSON | SDDCSS NO. 200000001820388 |
| | SC NO. DF260832 |
| REPORTER:   CSR NO. Lori R. Chatman, CSR# 12838 | |
| PETITIONER Shadetra Shanette Rouwtt | |
| RESPONDENT Joe Edward Collins, III   *Jesse Sob* | |

**F I L E D**
Clerk of the Superior Court

JUN 07 2017

By: S. JOHNSON, Deputy

☐ JUDGMENT    ☐ DEFAULT
☑ ORDER    ☐ STIPULATED
☐ NON PATERNITY
☐ TEMPORARY ORDER WITHOUT PREJUDICE
☐ ORDER WITHOUT PREJUDICE UNTIL_____
☐ CASE DISMISSED WITHOUT PREJUDICE

SDDCSS Attorney: *J. M. Hman / Jesse Sob* present pursuant to FC17400.

Counsel for Petitioner/Other Parent: ~~Respondent present/not present~~   Counsel for Respondent: _____

~~Other Party/Petitioner present/not present~~ *by phone*   Children:_____

**THE COURT FINDS THAT** Respondent/Petitioner/Other Parent was served by personal service/substituted service/publication/mail and address verified.
☐ Respondent/Petitioner admits/denies paternity. ☐ Respondent/Petitioner is the father.
☐ **Arrears** are principal of $_____ for the period _____ through _____ and interest of $_____ through _____.
☐ Arrears set in Arrearages Summary Sheet attached. ☐ Interest not included/waived. ☐ Arrears paid at $_____ per month, effective _____.
☐ **Respondent/Petitioner's gross income $_____** Tax filing status _____ Deductions _____ Net income $_____.
☐ Other Parent gross income $_____ Tax filing status _____ Deductions _____ Net income $_____.
**THE COURT ORDERS** Respondent/ Petitioner/ Other Parent to pay on the FIRST day of each month child support of $_____, effective _____.
   Child support is allocated from youngest to oldest as (1) _____ (2) _____ (3) _____ (4) _____ (5) _____.
☐ See attached Guideline Summary results. ☐ Parties are informed of guideline support of $_____ and agree to a below/above guideline FC 4065.
☐ Timeshare percentage is _____ ☐ Spousal Support of $_____ per month is effective _____.
☐ Respondent/Petitioner/Other Parent to make _____ job contacts PER WEEK and report contacts in writing to the Court on the next Court date.
☐ Effective _____, Respondent/Petitioner/Other Parent to pay $_____% of child care costs incurred ☐ $_____ per month
   Costs to be paid ☐ directly to Custodial Parent within 10 days of proof of costs ☐ to the SDU on the FIRST of each month ☐ by wage assignment.
☐ Effective _____, Respondent/Petitioner/Other Parent to pay _____% of unreimbursed health care costs incurred.
   Costs to be paid ☐ directly to Custodial Parent within 10 days of proof of costs ☐ to the SDU on the FIRST of each month ☐ by wage assignment.
☐ **Financial aspects** of default judgment/order dated _____ set aside. ☐ The judgment/order dated _____ is set aside.
☐ Equitable offset granted for the period of _____.
☐ An audit is ordered. The audit is to be served on the parties by _____. Objections to audit to be filed/served by _____.
☐ Enforcement stayed until further Court order. ☐ SDDCSS to hold payments in trust until further Court order. ☐ Stay of enforcement lifted. ☐ Trust hold lifted.
☒ **HEALTH INSURANCE COVERAGE** – ☐ The parent ordered to pay support ☐ The parent receiving support must (1) provide and maintain health insurance
   coverage for the children if it is available through employment or a group plan or otherwise available at no or reasonable cost and keep the local child support
   agency informed of the availability of the coverage; (2) if health insurance is not available, provide coverage when it becomes available; (3) within 20 days of
   the local child support agency's request, complete and return a health insurance form. ☐ Health Insurance Assignment stayed.
☐ **GENETIC TEST** coordinated by SDDCSS. Respondent/Petitioner/mother of the child (ren) and minor child (ren) to provide genetic samples within 10 days,
   unless otherwise ordered.
☐ Respondent/Petitioner/Other Parent's ☐ Driver License #_____ Other License #_____ conditionally released upon compliance of all orders.
☐ **CONTEMPT/PROBATION REVOCATION** Respondent/Petitioner/Other Parent ☐ advised of constitutional rights ☐ waives reading of the charging document
   ☐ enters a plea of NOT GUILTY ☐ Enters a time waiver ☐ is ordered to return on date and time of hearing set below.
☐ **WARRANT OF ATTACHMENT** – A warrant of attachment against Respondent/Petitioner/Other Parent issues with cash bail set at $_____ day or night
   service, cash bail only, no 10%, no cite and release. ☐ Warrant issued and held until _____. Warrant recalled on _____.
☐ **Attorney** *SCRA* _____ telephone no. _____ is appointed to represent Petitioner/Respondent/Other Parent/Minor Child.
   Appointment is for ☐ Contempt ☐ Probation Violation ☐ Paternity ☑ SCRA ☐ Minor's Counsel.
☐ The court reserves jurisdiction to order reimbursement to the County of San Diego for attorney fees. ☐ Attorney's appearance waived for fee hearing.
☐ Respondent/Petitioner/Other Parent DOES/DOES NOT have the ability to repay the County for attorney fees.
☐ Attorney's fees to be paid to the County of San Diego in the amount of $_____, payable at $_____ per month effective _____.
☒ **OTHER TERMS** All payments to be made to the SDU. A wage and earnings assignment will issue. Any payments not being paid by wage earnings
   assignment to be made directly to the SDU. Notwithstanding any other provisions of this judgment/order, all monies collected to be distributed in accordance
   with state and federal law. The payor must provide SDDCSS with date of birth, SS#, income, employer's name, employer's address, and residential address.
☒ No provision of this judgment/order shall operate to limit any right to assess and collect interest and penalties as allowed by law. Interest shall accrue on the
   entire principal balance owing and not on each payment as it becomes due. All liquidation payments shall be subject to modification. There shall be no
   limitation on collection from sources other than salary or wages without further notice as allowed by law.   *Both PM 2 pm.*
☒ All orders previously made in this action shall remain in full force and effect except as specifically modified herein.
☒ Respondent/Petitioner/Other Parent must notify SDDCSS of any change in address, income or employment, within 48 hours of such change.
☒ The obligation of the person ordered to pay support shall be suspended (set to $0) for any period exceeding 90 consecutive days in which the person ordered to
   pay support is incarcerated or involuntarily institutionalized, unless the obligor has the means to pay support while incarcerated or involuntarily institutionalized. The
   suspension of the support obligation shall only apply for the period of time during which the obligor is incarcerated or involuntarily institutionalized, after
   which the obligation shall immediately resume in the amount otherwise specified in the child support order.
☐ **CASE CONSOLIDATION** Case #_____ is consolidated w/ case #_____, which is designated as the lead case.
☑ This matter is continued to/set for review hearing on *9/5/17* at *12:45* a.m./p.m. in Dept. *804* ☐ No further continuances without court approval.
☐ Petitioner/Respondent/Other Parent to file Income and Expense Declaration (JC Form #FL-150) with proof of income per local Rules including but not limited to
   pay stubs for the last two months, Profit/Loss statement and Schedule C if self-employed. Parties shall file evidentiary declarations re _____.
☐ The court retains jurisdiction to make order retroactive. ☐ All issues reserved.
☐ THIS MATTER TAKEN OFF CALENDAR. ☐ THE STIPULATION AND ORDER/JUDGMENT dated_____ IS ACCEPTED AND MADE AN
ORDER/JUDGMENT OF THE COURT. ☐ FOR FURTHER ORDERS SEE ATTACHED PAGE 3.
OTHER: *Proceedings stayed for 90 days.*

IT IS SO ORDERED: Date: 06/07/2017

_____   ADAM WERTHEIMER   Judge/Commissioner

*Attachment 4*

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

**F I L E D**
Clerk of the Superior Court
6, 7, 89
10

**SEP 0 5 2017**

By: S. JOHNSON, Deputy

| | |
|---|---|
| DATE: 09/05/2017 | TIME: 1:45 PM |
| HON: ADAM WERTHEIMER | DEPT: D-42 |
| CLERK: STEVEN JOHNSON | SDDCSS NO. 200000001820388 |
| | SC NO. DF260832 |
| REPORTER: CSR NO. Marvie Votaw - CSR 2817 | |

PETITIONER
Shadetra Shanette Rouwtt

RESPONDENT
Joe Edward Collins, III

☐ JUDGMENT   ☐ DEFAULT
☑ ORDER   ☐ STIPULATED
☐ NON PATERNITY
☐ TEMPORARY ORDER WITHOUT PREJUDICE
☐ ORDER WITHOUTPREJUDICE UNTIL ____
☐ CASE DISMISSED WITHOUT PREJUDICE

SDDCSS Attorney: _J Solo_____ present pursuant to FC17400.

Counsel for Petitioner/Other Parent: _____ Counsel for Respondent: _Carl Zonelli_

Other Party/Petitioner present/not present _by phone_   Children: _____

THE COURT FINDS THAT Respondent/Petitioner/Other Parent was served by personal service/substituted service/publication/mail and address verified.

☐ Respondent/Petitioner admits/denies paternity. ☐ Respondent/Petitioner is the father.

☐ **Arrears** are principal of $_____ for the period _____ through _____ and interest of $_____ through _____
☐ Arrears set in Arrearages Summary Sheet attached. ☐ Interest not included/waived. ☐ Arrears paid at $_____ per month, effective _____
☐ **Respondent/Petitioner's gross income $_____ Tax filing status _____ Deductions _____ Net income $_____**
☐ Other Parent gross income $_____ Tax filing status _____ Deductions _____ Net income $_____
THE COURT ORDERS Respondent/ Petitioner/ Other Parent to pay on the FIRST day of each month child support of $_____, effective _____
Child support is allocated from youngest to oldest as (1) ____ (2) ____ (3) ____ (4) ____ (5) ____
☐ See attached Guideline Summary results. ☐ Parties are informed of guideline support of $_____ and agree to a below/above guideline FC 4065.
☐ Timeshare percentage is _____   ☐ Spousal Support of $_____ per month is effective _____
☐ Respondent/Petitioner/Other Parent to make _____ job contacts PER WEEK and report contacts in writing to the Court on the next Court date.
☐ Effective _____, Respondent/Petitioner/Other Parent to pay _____% of child care costs incurred ☐ $_____ per month
   Costs to be paid ☐ directly to Custodial Parent within 10 days of proof of costs ☐ to the SDU on the FIRST of each month ☐ by wage assignment.
☐ Effective _____, Respondent/Petitioner/Other Parent to pay _____% of unreimbursed health care costs incurred.
   Costs to be paid ☐ directly to Custodial Parent within 10 days of proof of costs ☐ to the SDU on the FIRST of each month ☐ by wage assignment.
☐ **Financial aspects** of default judgment/order dated _____ set aside. ☐ The judgment/order dated _____ is set aside.
☐ Equitable offset granted for the period of _____
☐ An audit is ordered. The audit is to be served on the parties by _____. Objections to audit to be filed/served by _____
☐ Enforcement stayed until further Court order. ☐ SDDCSS to hold payments in trust until further Court order. ☐ Stay of enforcement lifted. ☐ Trust hold lifted.
☒ **HEALTH INSURANCE COVERAGE** – ☐ The parent ordered to pay support ☐ The parent receiving support must (1) provide and maintain health insurance coverage for the children if it is available through employment or a group plan or otherwise available at no or reasonable cost and keep the local child support agency informed of the availability of the coverage; (2) if health insurance is not available, provide coverage when it becomes available; (3) within 20 days of the local child support agency's request, complete and return a health insurance form. ☐ Health Insurance Assignment stayed.
☐ **GENETIC TEST** coordinated by SDDCSS. Respondent/Petitioner/mother of the child (ren) and minor child (ren) to provide genetic samples within 10 days, unless otherwise ordered.
☐ Respondent/Petitioner/Other Parent's ☐ Driver License # _____ Other License # _____ conditionally released upon compliance of all orders.
☐ **CONTEMPT/PROBATION REVOCATION** Respondent/Petitioner/ Other Parent ☐ advised of constitutional rights ☐ waives reading of the charging document
   ☐ enters a plea of NOT GUILTY ☐ Enters a time waiver ☐ is ordered to return on date and time of hearing set below.
☐ **WARRANT OF ATTACHMENT** – A warrant of attachment against Respondent/Petitioner/Other Parent issues with cash bail set at $_____ day or night service, cash bail only, no 10%, no cite and release. ☐ Warrant issued and held until _____. Warrant recalled on _____
☐ **Attorney** _____ telephone no. _____ is appointed to represent Petitioner/Respondent/Other Parent/Minor Child.
   Appointment is for ☐ Contempt ☐ Probation Violation ☐ Paternity ☐ SCRA ☐ Minor's Counsel.
☐ The court reserves jurisdiction to order reimbursement to the County of San Diego for attorney fees. ☐ Attorney's appearance waived for fee hearing.
☐ Respondent/Petitioner/Other Parent DOES/DOES NOT have the ability to repay the County for attorney fees.
☐ Attorney's fees to be paid to the County of San Diego in the amount of $_____, payable at $_____ per month effective _____
☒ **OTHER TERMS** All payments to be made to the SDU. A wage and earnings assignment will issue. Any payments not being paid by wage and earnings assignment to be made directly to the SDU. Notwithstanding any other provisions of this judgment/order, all monies collected to be distributed in accordance with state and federal law. The payor must provide SDDCSS with date of birth, SS#, income, employer's name, employer's address, and residential address.
☒ No provision of this judgment/order shall operate to limit any right to assess and collect interest and penalties as allowed by law. Interest shall accrue on the entire principal balance owing and not on each payment as it becomes due. All liquidation payments shall be subject to modification. There shall be no limitation on collection from sources other than salary or wages without further notice as allowed by law.   P/PH/2pm
☒ All orders previously made in this action shall remain in full force and effect except as specifically modified herein.
☒ Respondent/Petitioner/Other Parent must notify SDDCSS of any change in address, income or employment, within 48 hours of such change.
☒ The obligation of the person ordered to pay support shall be suspended (set to $0) for any period exceeding 90 consecutive days in which the person ordered to pay support is incarcerated or involuntarily institutionalized, unless the obligor has the means to pay support, while incarcerated or involuntarily institutionalized. The suspension of the support obligation shall only apply for the period of time during which the obligor is incarcerated or involuntarily institutionalized, after which the obligation shall immediately resume in the amount otherwise specified in the child support order.
☐ **CASE CONSOLIDATION** Case # _____ is consolidated with case # _____, which is designated as the lead case.
☐ This matter is continued to/set for review hearing on _10/24/17_ at _12:45_ a.m./p.m. in Dept. _42_. ☐ No further continuances without court approval.
☐ Petitioner/Respondent/Other Parent to file Income and Expense Declaration (JC Form #FL-150) with proof of income per local Rules including but not limited to pay stubs for the last two months, Profit/Loss statement and Schedule C if self-employed. Parties shall file evidentiary declarations re _____
☐ The court retains jurisdiction to make order retroactive ☐ All issues reserved.
☐ THIS MATTER TAKEN OFF CALENDAR. ☐ THE STIPULATION AND ORDER/JUDGMENT dated _____ IS ACCEPTED AND MADE AN ORDER/JUDGMENT OF THE COURT. ☐ FOR FURTHER ORDERS SEE ATTACHED PAGE 3.

OTHER:   _Last Continuance._

IT IS SO ORDERED: Date: 09/05/2017

ADAM WERTHEIMER   Judge/Commissioner

SDSC D-005 (Rev. 4/11)   **MINUTES AND ORDER - FAMILY SUPPORT**   Page 1 of 1

ATTACHMENT 5

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

[ ]
5,b

| | |
|---|---|
| DATE: 05/30/2017 | TIME: 9:00 AM |
| HON: ADAM WERTHEIMER | DEPT: D-42 |
| CLERK: STEVEN JOHNSON | SDDCSS NO. 200000001820388 |
| | SC NO. DF260832 |

**RUSSELL WALKER**
~~CSR No. 12863~~

PETITIONER
Shadetra Shanette Rouwtt

RESPONDENT
Joe Edward Collins, III

**F I L E D**
Clerk of the Superior Court

MAY 30 2017

By: S. JOHNSON, Deputy

☐ JUDGMENT ☐ DEFAULT
☑ ORDER ☐ STIPULATED
☐ NON PATERNITY
☐ TEMPORARY ORDER WITHOUT PREJUDICE
☐ ORDER WITHOUT PREJUDICE UNTIL _____
☐ CASE DISMISSED WITHOUT PREJUDICE

SDDCSS Attorney: J. Soh _____ present pursuant to FC17400.
Counsel for Petitioner/Other Parent: _____   Counsel for Respondent: _____
Respondent present/not present
Other Party/Petitioner present/not present — *by phone*   Children: Deanthony 1-31-14

**THE COURT FINDS THAT** Respondent/Petitioner/Other Parent was served by personal service/substituted service/publication/mail and address verified.
☐ Respondent/Petitioner admits/denies paternity. ☐ Respondent/Petitioner is the father.
☐ **Arrears** are principal of $ _____ for the period _____ through _____ and interest of $ _____ through _____
☐ Arrears set in Arrearages Summary Sheet attached. ☐ Interest not included/waived. ☐ Arrears paid at $ _____ per month, effective _____
☐ **Respondent/Petitioner's gross income** $ _____ Tax filing status _____ Deductions _____ Net income $ _____
☐ Other Parent gross income $ _____ Tax filing status _____ Deductions _____ Net income $ _____
**THE COURT ORDERS** Respondent/ Petitioner/ /Other Parent to pay on the FIRST day of each month child support of $ _____, effective _____
   Child support is allocated from youngest to oldest as (1) _____ (2) _____ (3) _____ (4) _____ (5) _____
☐ See attached Guideline Summary results. ☐ Parties are informed of guideline support of $ _____ and agree to a below/above guideline FC 4065.
☐ Timeshare percentage is _____   ☐ Spousal Support of $ _____ per month is effective _____
☐ Respondent/Petitioner/Other Parent to make _____ job contacts PER WEEK and report contacts in writing to the Court on the next Court date.
☐ Effective _____, Respondent/Petitioner/Other Parent to pay ☐ _____ % of child care costs incurred ☐ $ _____ per month
   Costs to be paid ☐ directly to Custodial Parent within 10 days of proof of costs ☐ to the SDU on the FIRST of each month ☐ by wage assignment.
☐ Effective _____, Respondent/Petitioner/Other Parent to pay _____ % of unreimbursed health care costs incurred.
   Costs to be paid ☐ directly to Custodial Parent within 10 days of proof of costs ☐ to the SDU on the FIRST of each month ☐ by wage assignment.
☐ **Financial aspects** of default judgment/order dated _____ set aside. ☐ The judgment/order dated _____ is set aside.
☐ Equitable offset granted for the period of _____
☐ An audit is ordered. The audit is to be served on the parties by _____. Objections to audit to be filed/served by _____
☐ Enforcement stayed until further Court order. ☐ SDDCSS to hold payments in trust until further Court order. ☐ Stay of enforcement lifted. ☐ Trust hold lifted.
☒ **HEALTH INSURANCE COVERAGE** – ☐ The parent ordered to pay support ☐ The parent receiving support must (1) provide and maintain health insurance
   coverage for the children if it is available through employment or a group plan or otherwise available at no or reasonable cost and keep the local child support
   agency informed of the availability of the coverage; (2) if health insurance is not available, provide coverage when it becomes available; (3) within 20 days of
   the local child support agency's request, complete and return a health insurance form. ☐ Health Insurance Assignment stayed.
☐ **GENETIC TEST** coordinated by SDDCSS. Respondent/Petitioner/mother of the child (ren) and minor child (ren) to provide genetic samples within 10 days,
   unless otherwise ordered.
☐ Respondent/Petitioner/Other Parent's ☐ Driver License # _____ Other License # _____ conditionally released upon compliance of all orders.
☐ **CONTEMPT**/PROBATION REVOCATION Respondent/Petitioner/ Other Parent ☐ advised of constitutional rights ☐ waives reading of the charging document
   ☐ enters a plea of NOT GUILTY ☐ Enters a time waiver ☐ is ordered to return on date and time of hearing set below.
☐ **WARRANT OF ATTACHMENT** – A warrant of attachment against Respondent/Petitioner/Other Parent issues with cash bail set at $ _____ day or night
   service, cash bail only, no 10%, no cite and release. ☐ Warrant issued and held until _____. Warrant recalled on _____
☐ **Attorney** _____ telephone no. _____ is appointed to represent Petitioner/Respondent/Other Parent/Minor Child.
   Appointment is for ☐ Contempt ☐ Probation Violation ☐ Paternity ☐ SCRA ☐ Minor's Counsel.
☐ The court reserves jurisdiction to order reimbursement to the County of San Diego for attorney fees. ☐ Attorney's appearance waived for fee hearing.
☐ Respondent/Petitioner/Other Parent DOES/DOES NOT have the ability to repay the County for attorney fees.
☐ Attorney's fees to be paid to the County of San Diego in the amount of $ _____, payable at $ _____ per month effective _____
☒ **OTHER TERMS** All payments to be made to the SDU. A wage and earnings assignment will issue.  Any payments not being paid by wage and earnings
   assignment to be made directly to the SDU. Notwithstanding any other provisions of this judgment/order, all monies collected to be distributed in accordance
   with state and federal law. The payor must provide SDDCSS with date of birth, SS#, income, employer's name, employer's address, and residential address.
☒ No provision of this judgment/order shall operate to limit any right to assess and collect interest and penalties as allowed by law.  Interest shall accrue on the
   entire principal balance owing and not on each payment as it becomes due.  All liquidation payments shall be subject to modification.  There shall be no
   limitation on collection from sources other than salary or wages without further notice as allowed by law.
☒ All orders previously made in this action shall remain in full force and effect except as specifically modified herein. P/PH/9AM
☒ Respondent/Petitioner/Other Parent must notify SDDCSS of any change in address, income or employment, within 48 hours of such change.
☒ The obligation of the person ordered to pay support shall be suspended (set to $0) for any period exceeding 90 consecutive days in which the person ordered to
   pay support is incarcerated or involuntarily institutionalized, unless the obligor has the means to pay support while incarcerated or involuntarily institutionalized.
   The suspension of the support obligation shall only apply for the period of time during which the obligor is incarcerated or involuntarily institutionalized, after
   which the obligation shall immediately resume in the amount otherwise specified in the child support order.
☐ **CASE CONSOLIDATION** Case # _____ is consolidated with case # _____, which is designated as the lead case.
☑ This matter is continued to/set for review hearing on 6/7/17 at 8:00 a.m./p.m. in Dept. 42. ☐ No further continuances without court approval.
☐ Petitioner/Respondent/Other Parent to file Income and Expense Declaration (JC Form #FL-150) with proof of income per local Rules including but not limited to
   pay stubs for the last two months, Profit/Loss statement and Schedule C if self-employed. Parties shall file evidentiary declarations re _____
   ☐ The court retains jurisdiction to make order retroactive. ☐ All issues reserved.
☐ THIS MATTER TAKEN OFF CALENDAR. ☐ THE STIPULATION AND ORDER/JUDGMENT dated _____ IS ACCEPTED AND MADE AN
ORDER/JUDGMENT OF THE COURT. ☐ FOR FURTHER ORDERS SEE ATTACHED PAGE 3.
OTHER:

IT IS SO ORDERED: Date: 05/30/2017

ADAM WERTHEIMER          Judge/Commissioner

ATTACHMENT 6

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

**F I L E D**
Clerk of the Superior Court

APR 11 2017

By: S. JOHNSON, Deputy

| | |
|---|---|
| DATE: 04/11/2017 | TIME: 9:00 AM |
| HON: ADAM WERTHEIMER | DEPT: D-42 |
| CLERK: STEVEN JOHNSON | SDDCSS NO. 200000001820388 |
| | SC NO. DF260832 |
| REPORTER: CSR NO. Michaela Maguire, CSR 14082 | |
| PETITIONER Shadetra Shanette Rouwtt | |
| RESPONDENT Joe Edward Collins, III | |

☐ JUDGMENT  ☐ DEFAULT
☑ ORDER  ☐ STIPULATED
☐ NON PATERNITY
☐ TEMPORARY ORDER WITHOUT PREJUDICE
☐ ORDER WITHOUTPREJUDICE UNTIL
☐ CASE DISMISSED WITHOUT PREJUDICE

SDDCSS Attorney: _L Soto_ _____ present pursuant to FC17400.

Counsel for Petitioner/Other Parent: _____ Counsel for Respondent: _____

Respondent present/not present _by phone_ Children: _Deonthony 1-31-14_

Other Party/Petitioner present/not present

**THE COURT FINDS THAT** Respondent/Petitioner/Other Parent was served by personal service/substituted service/publication/mail and address verified.

☐ Respondent/Petitioner admits/denies paternity. ☐ Respondent/Petitioner is the father.

☐ **Arrears** are principal of $ _____ for the period _____ through _____ and interest of $ _____ through _____

☐ Arrears set in Arrearages Summary Sheet attached. ☐ Interest not included/waived. ☐ Arrears paid at $_____ per month, effective _____

☐ **Respondent/Petitioner's gross income $** _____ Tax filing status _____ Deductions _____ Net income $ _____

☐ Other Parent gross income $ _____ Tax filing status _____ Deductions _____ Net income $ _____

**THE COURT ORDERS** Respondent/ Petitioner/ Other Parent to pay on the FIRST day of each month child support of $ _____, effective _____

Child support is allocated from youngest to oldest as (1) _____ (2) _____ (3) _____ (4) _____ (5) _____

☐ See attached Guideline Summary results. ☐ Parties are informed of guideline support of $ _____ and agree to a below/above guideline FC 4065.

☐ Timeshare percentage is _____ ☐ Spousal Support of $ _____ per month is effective _____

☐ Respondent/Petitioner/Other Parent to make _____ job contacts PER WEEK and report contacts in writing to the Court on the next Court date.

☐ Effective _____, Respondent/Petitioner/Other Parent to pay _____ % of child care costs incurred ☐ $ _____ per month

Costs to be paid ☐ directly to Custodial Parent within 10 days of proof of costs ☐ to the SDU on the FIRST of each month ☐ by wage assignment.

☐ Effective _____, Respondent/Petitioner/Other Parent to pay _____ % of unreimbursed health care costs incurred.

Costs to be paid ☐ directly to Custodial Parent within 10 days of proof of costs ☐ to the SDU on the FIRST of each month ☐ by wage assignment.

☐ **Financial aspects** of default judgment/order dated _____ set aside. ☐ The judgment/order dated _____ is set aside.

☐ Equitable offset granted for the period of _____.

☐ An audit is ordered. The audit is to be served on the parties by _____. Objections to audit to be filed/served by _____

☐ Enforcement stayed until further Court order. ☐ SDDCSS to hold payments in trust until further Court order. ☐ Stay of enforcement lifted. ☐ Trust hold lifted.

☒ **HEALTH INSURANCE COVERAGE** – ☐ The parent ordered to pay support ☐ The parent receiving support must (1) provide and maintain health insurance coverage for the children if it is available through employment or a group plan or otherwise available at no or reasonable cost and keep the local child support agency informed of the availability of the coverage; (2) if health insurance is not available, provide coverage when it becomes available; (3) within 20 days of the local child support agency's request, complete and return a health insurance form. ☐ Health Insurance Assignment stayed.

☐ **GENETIC TEST** coordinated by SDDCSS. Respondent/Petitioner/mother of the child (ren) and minor child (ren) to provide genetic samples within 10 days, unless otherwise ordered.

☐ Respondent/Petitioner/Other Parent's ☐ Driver License # _____ Other License # _____ conditionally released upon compliance of all orders.

☐ **CONTEMPT/PROBATION REVOCATION** Respondent/Petitioner/ Other Parent ☐ advised of constitutional rights ☐ waives reading of the charging document ☐ enters a plea of NOT GUILTY ☐ Enters a time waiver ☐ is ordered to return on date and time of hearing set below.

☐ **WARRANT OF ATTACHMENT** – A warrant of attachment against Respondent/Petitioner/Other Parent issues with cash bail set at $ _____ day or night service, cash bail only, no 10%, no cite and release. ☐ Warrant issued and held until _____. Warrant recalled on _____

☐ **Attorney** _____ telephone no. _____ is appointed to represent Petitioner/Respondent/Other Parent/Minor Child.

Appointment is for ☐ Contempt ☐ Probation Violation ☐ Paternity ☐ SCRA ☐ Minor's Counsel.

☐ The court reserves jurisdiction to order reimbursement to the County of San Diego for attorney fees. ☐ Attorney's appearance waived for fee hearing.

☐ Respondent/Petitioner/Other Parent DOES/DOES NOT have the ability to repay the County for attorney fees.

☐ Attorney's fees to be paid to the County of San Diego in the amount of $ _____, payable at $ _____ per month effective _____

☒ **OTHER TERMS** All payments to be made to the SDU. A wage and earnings assignment will issue. Any payments not being paid by wage and earnings assignment to be made directly to the SDU. Notwithstanding any other provisions of this judgment/order, all monies collected to be distributed in accordance with state and federal law. The payor must provide SDDCSS with date of birth, SS#, income, employer's name, employer's address, and residential address.

☒ No provision of this judgment/order shall operate to limit any right to assess and collect interest and penalties as allowed by law. Interest shall accrue on the entire principal balance owing and not on each payment as it becomes due. All liquidation payments shall be subject to modification. There shall be no limitation on collection from sources other than salary or wages without further notice as allowed by law.

☒ All orders previously made in this action shall remain in full force and effect except as specifically modified herein. _DoH / ph / 9:00 Am_

☒ Respondent/Petitioner/Other Parent must notify SDDCSS of any change in address, income or employment, within 48 hours of such change.

☒ The obligation of the person ordered to pay support shall be suspended (set to $0) for any period exceeding 90 consecutive days in which the person ordered to pay support is incarcerated or involuntarily institutionalized, unless the obligor has the means to pay support while incarcerated or involuntarily institutionalized. The suspension of the support obligation shall only apply for the period of time during which the obligor is incarcerated or involuntarily institutionalized, after which the obligation shall immediately resume in the amount otherwise specified in the child support order.

☐ **CASE CONSOLIDATION** Case # _____ / _____ is consolidated with case # _____, which is designated as the lead case.

☑ This matter is continued to/set for review hearing on _5/30/17_ at _8:00_ a.m./p.m. in Dept. _42_ ☐ No further continuances without court approval.

☐ Petitioner/Respondent/Other Parent to file Income and Expense Declaration (JC Form #FL-150) with proof of income per local Rules including but not limited to pay stubs for the last two months, Profit/Loss statement and Schedule C if self-employed. Parties shall file evidentiary declarations re _____

☐ The court retains jurisdiction to make order retroactive. ☐ All issues reserved.

☐ THIS MATTER TAKEN OFF CALENDAR. ☐ THE STIPULATION AND ORDER/JUDGMENT dated _____ IS ACCEPTED AND MADE AN ORDER/JUDGMENT OF THE COURT. ☐ FOR FURTHER ORDERS SEE ATTACHED PAGE 3.

OTHER: _Cont'd for parties to file Points & Authorities and pleadings regarding subject matter jurisdiction, and re: venue & forum._

IT IS SO ORDERED: Date: 04/11/2017 _____

ADAM WERTHEIMER    Judge/Commissioner

_ATTACHMENT 7_

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Joe E. Collins<br>606 Pecan St.<br>Ferris, Tx [75125]<br><br>TELEPHONE NO.: 619-382-0435    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | **F I L E D**<br>Clerk of the Superior Court<br>MAY 03 2017<br>By: I. TELLEZ, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 220 W. BROADWAY RM 4005
MAILING ADDRESS: 220 W. BROADWAY RM 4005
CITY AND ZIP CODE: SAN DIEGO 92101-3886
BRANCH NAME: CENTRAL DIVISION

PLAINTIFF/PETITIONER: SAN DIEGO CHILD SUPPORT SERVICES

DEFENDANT/RESPONDENT: Joe E. Collins

| DECLARATION | CASE NUMBER:<br>DF260832 |
|---|---|

SEE ATTACHMENT.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3-5-2017

Joe E. Collins
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for    ☐ Plaintiff    ☐ Petitioner    ☐ Defendant
☐ Respondent    ☐ Other (Specify):

ATTACHMENT 8

# NOTICE OF STATUS

I Joe E. Collins, am a living breathing man with a soul, with inalienable rights from God and protected by the Constitution of the United States. Acting in a sovereign capacity and is the registered owner of JOE EDWARD COLLINS III, doing business as JOE EDWARD COLLINS III, hereby notify you that I decline all administrative process related to case DF260832. This process violates my inalienable rights as a living breathing man.

Take notice that pursuant to the United States Constitution, **Article I** No Bill of Attainder or ex post facto Law shall be passed. **Article V** no person shall be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Take further notice that JOE EDWARD COLLINS III is the property of Joe E. Collins and you are notified **NOT** to trespass against my private property. Joe E. Collins, a living breathing man with a soul, acting in a sovereign capacity and is the registered owner of JOE EDWARD COLLINS III, doing business as JOE EDWARD COLLINS III will authorize NO APPERANCE unless by request of special appearance If you wish to continue to do business with JOE EDWARD COLLINS III, there will be a charge of $15,000,000.00 for every summons, $10,000,000.00 for every order, $5,000,000.00 for each request from each party involved, which can and shall be collected prior to fulfilment of each listed above.

(Article VI sec 13 Cal Constitution. Tribunals for conciliation may be established, with such powers and duties as may be prescribed by law; but such tribunals shall have no power to render judgement to be obligatory on the parties, except they voluntarily submit their matters in difference, and agree to abide the judgement, or assent thereto in the presence of such tribunal, in such cases as shall be prescribed by law.)

You are also notified that the rights of Joe E. Collins, a living breathing man acting in a sovereign capacity, and is registered owner of JOE EDWARD COLLINS III, doing business as JOE EDWARD COLLINS III are granted by God and not subject to the jurisdiction of any person, entity, entities, codes, statues or regulation of the same. Joe E. Collins doing business as JOE EDWARD COLLINS III, does not consent to any contract, codes, state codes, statues, commercial presentments or anything similar.

3-5-2017

Joe E Collins

*ATTACHMENT 8.1*

FL-300

| PARTY WITHOUT ATTORNEY OR ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|

NAME: Joe E. Collins

FIRM NAME:

STREET ADDRESS: 606 Pecan St

CITY: Ferris Tx [75125]   STATE: TX   ZIP CODE: [75125]

TELEPHONE NO.: 619 382 0435   FAX NO.:

E-MAIL ADDRESS: Joecollins47@gmail.com

ATTORNEY FOR (name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS: 220 W. Broadway

MAILING ADDRESS:

CITY AND ZIP CODE: San Diego, CA 92101

BRANCH NAME:

**SERVICE COPY RECEIVED**

F I L E D
Clerk of the Superior Court
MAY 03 2017
By: I. TELLEZ, Deputy

PETITIONER: San Diego Child Support Services

RESPONDENT: Joe E. Collins

OTHER PARENT/PARTY:

| REQUEST FOR ORDER | ☐ CHANGE | ☐ TEMPORARY EMERGENCY ORDERS | CASE NUMBER: |
|---|---|---|---|
| ☐ Child Custody | ☐ Visitation (Parenting Time) | ☐ Spousal or Partner Support | DF260832 |
| ☐ Child Support | ☐ Domestic Violence Order | ☐ Attorney's Fees and Costs | |
| ☐ Property Control | ☑ Other (specify): | | |

Discovery

### NOTICE OF HEARING

1. TO (name(s)): **SAN DIEGO CHILD SUPPORT SERVICES**

   ☐ Petitioner   ☐ Respondent   ☐ Other Parent/Party   ☐ Other (specify):

2. A COURT HEARING WILL BE HELD AS FOLLOWS:   **CHECK IN FIRST**

   a. Date: 6-7-17   Time: 8:00 A.M.   ☐ Dept.: **DEPT 42** AT 8:00 A.M.   Room: **ON THE**

   b. Address of court ☐ same as noted above   ☐ other (specify):   **5TH FLOOR→5003**

3. **WARNING to the person served with the Request for Order:** The court may make the requested orders without you if you do not file a Responsive Declaration to Request for Order (form FL-320), serve a copy on the other parties at least nine court days before the hearing (unless the court has ordered a shorter period of time), and appear at the hearing. (See form FL-320-INFO for more information.)

   (Forms FL-300-INFO and DV-400-INFO provide information about completing this form.)

### COURT ORDER
(FOR COURT USE ONLY)

It is ordered that:

4. ☐ Time ☐ for service ☐ until the hearing is shortened. Service must be on or before (date):

5. ☐ A Responsive Declaration to Request for Order (form FL-320) must be served on or before (date):

6. ☐ The parties must attend an appointment for child custody mediation or child custody recommending counseling as follows (specify date, time, and location):

7. ☐ The orders in Temporary Emergency (Ex Parte) Orders (form FL-305) apply to this proceeding and must be personally served with all documents filed with this Request for Order.

8. ☐ Other (specify):

Date: _____

_____
JUDICIAL OFFICER

Page 1 of 4

Form Adopted for Mandatory Use
Judicial Council of California
FL-300 [Rev. July 1, 2016]

**REQUEST FOR ORDER**

Family Code, §§ 2045, 2107, 6224,
6226, 6320–6326, 6380–6383;
Government Code, § 26826
Cal. Rules of Court, rule 5.92
www.courts.ca.gov

Adam Werthimer

ATTACHMENT 9

# **AVERMENT OF JURISDICTION**

I Joe E. Collins, a living breathing man with a soul, with inalienable rights from God and protected by the Constitution of the United States. Acting in a sovereign capacity and is the registered owner of JOE EDWARD COLLINS III, doing business as JOE EDWARD COLLINS III, to ensure no further fraud is or will take place and hereby demand on and for the record in written form, the following items listed below for the judge, the court commissioner acting as judge, any and all attorney's, sheriff's assigned to and for case DF260832.

1. Delegation of Authority Order from Congress
2. Oath of Office for the State of California
3. Oath of Office for the United States Constitution
4. Surety Bond

If such items cannot be produced prior to the next hearing, I demand this case be dismissed for lack of jurisdiction and authority.

"The due administration of justice requires first that all men and women should have unhindered access to the constitutionally established courts of criminal or civil jurisdiction for the determination of disputes as their legal rights and liabilities; secondly, that they should be able to rely upon obtaining in the courts the arbitrament of a tribunal which is free from bias against any party and whose decision will be based upon those facts only that have been proved in evidence adduced before it in accordance with the procedure adopted in courts of law; and thirdly that, once the dispute has been submitted to a court of law, they should be able to rely upon there being no usurpation by any other person of the function of the court to decide according to **law**. Conduct which is calculated to prejudice any of these requirements or to undermine public confidence that they will be observed is contempt of court" – **Lord Diplock in Att-Gen v. Times Newspapers Ltd.**

3-5-2017
Joe E. Collins

ATTACHMENT a.1

**SECRETARY OF STATE**

**STATE OF CALIFORNIA**

### UCC Amendment Acknowledgement

10/10/2017

Page 1 of 1

ROYAL FAMILY OF COLLINS TRUST
2534 STATE STREET
STE 481
SAN DIEGO CA 92101

| | |
|---|---|
| Filing Fee: | $5.00 |
| Total Fee: | **$5.00** |

The California Secretary of State's Office has received and filed your document. The information stated below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Amendment Type: **Amendment**

Amendment Filing #: **17-76099082**

Original Filing Number: **17-7598881882**

File Date: **10/10/2017**          File Time: **10:32**

Lapse Date: **08/01/2022**

Secured Party(ies):
ORGANIZATION          **JOE E COLLINS III TR/ ROYAL FAMILY OF COLLINS TRUST
2534 STATE STREET STE 481 SAN DIEGO CA USA**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC ARTICLE 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL · SACRAMENTO, CA 95814 · PO BOX 942835 · SACRAMENTO, CA 94235-0001 · (916) 653-3516 · HTTPS://UCCCONNECT.SOS.CA.GOV

PROGRAMS  ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

8588827712

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

ROYAL FAMILY OF COLLINS TRUST
2534 STATE STREET
STE 481
SAN DIEGO, CA 92101
USA

DOCUMENT NUMBER: 64562170002
FILING NUMBER: 17-76099082
FILING DATE: 10/10/2017 10:32

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**

17-7598881882

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                    **AND** Check one of these three boxes to:

This Change affects ☐ Debtor or ☑ Secured Party of record    ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JOE E COLLINS III TR | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | |
|---|---|---|
| JOE E COLLINS III TR/ ROYAL FAMILY OF COLLINS TRUST | | |
| 7b. INDIVIDUAL'S SURNAME | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2534 STATE STREET STE 481 | SAN DIEGO | CA | | USA |

**8.** ☑ **COLLATERAL CHANGE:** Also check one of these four boxes:  ☑ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:

See Attachment(s)

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JOE E COLLINS III TR | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY

X

 **IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI   OH   45999-0023

Date of this notice:   06-22-2017

Employer Identification Number:
98-6085913

003169.769562.251200.13214 1 MB 0.423 530

Form:   SS-4

Number of this notice:   CP 575 B



JOE COLLINS TR
2534 STATE ST STE 481
SAN DIEGO  CA   92101

For assistance you may call us at:
1-800-829-4933

03169

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

### WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 98-6085913.  This EIN will identify your estate or trust.  If you are not the applicant, please contact the individual who is handling the estate or trust for you.  Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above.  Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

Form 1041                           04/15/2018

If you have questions about the form(s) or the due dates(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you need help in determining your annual accounting period (tax year), see Publication 538, Accounting Periods and Methods.

We assigned you a tax classification based on information obtained from you or your representative.  It is not a legal determination of your tax classification and is not binding on the IRS.  If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax classification elections can be requested by filing Form 8832, Entity Classification Election.  See Form 8832 and its instructions for additional information.

### *CERTIFICATION OF A PRIVATE TRUST*

STATE / COMMONWEALTH OF CALIFORNIA, COUNTY OF SAN DIEGO, SS:

The undersigned, being first duly sworn (or affirmed) states as follows:

<u>Co-Trustees.</u> The undersigned are the co-trustees of the ROYAL FAMILY OF COLLINS Trust (the "**Trust**"). The Trust (i) is not subject to administration by any probate court or similar court system, (ii) continues to be in full force and effect, and (iii) has not been revoked.

<u>Trust Provisions.</u> Attached to this certification are true and accurate copies of the specific provisions of the Trust that evidence the following.

   - The establishment of a Private Trust.

   - The identity of the initial trustee(s).

   - The provisions regarding successor trustees.

   - The provisions reserving the rights to revoke the Trust and/or to change or amend its provisions.

   - The general administrative provisions.

   - The page(s) showing the signature(s) of the parties to the Trust agreement.

The provisions that are not attached to this certification are personal. They include provisions regarding the distribution of assets and other private matters, and do not modify or otherwise affect the trustee powers.

<u>Certification and Agreement to Hold Harmless.</u> The undersigned co-trustees certify that the above statements are true and correct. All parties to whom this affidavit is given are entitled to rely on its accuracy. Such parties shall be held harmless by the undersigned and the successors of the undersigned.


_____
Signature of Collins III, Joe, E. Trustee

_____
Signature of Tristan, Lee, O. Trustee

_____
Signature of Randy, Wilson, G. Trustee

*Royal Family of Collins*

( A Private Trust Organization )
## SCHEDULE "E"
## SCHEDULE OF FEES

**Administrative Fees:**

| | |
|---|---|
| Responsive Communications (unsolicited) | $ 350.00/page |
| Review and Research for responsive communications | $ 1,500.00/hour |

**Depositions, Interrogation (unsolicited)**                    $ 85,000/session
*Additional fees applicable to Third Parties for responses to the specific inquiries indicated below* *

| | |
|---|---|
| 1. Name | $ 75,000.00 |
| 2. Driver's License Number | $ 75,000.00 |
| 3. Social Security Number | $ 75,000.00 |
| 4. Retinal Scans | $ 75,000.00 |
| 5. Fingerprinting | $ 75,000.00 |
| 6. Photographing | $ 75,000.00 |

**DNA or Body Fluids:**                                          $ 15,000,000.00
*Additional fees applicable to third parties based on extraction methods indicated below*

| | |
|---|---|
| 1. Mouth swab | $ 10,000,000.00 |
| 2. Blood samples | $ 10,000,000.00 |
| 3. Urine samples | $ 10,000,000.00 |
| 4. Breathalyzer testing | $ 10,000,000.00 |
| 5. Hair samples | $ 10,000,000.00 |
| 6. Skin samples | $ 10,000,000.00 |
| 7. Clothing samples | $ 10,000,000.00 |
| 8. Forced giving of fluids/samples | $ 100,000,000.00 |

**Acceptance of Presentments (without contract)**

| | |
|---|---|
| 1. Citations | $ 20,000.00 |
| 2. Warnings Issued on Paper | $ 20,000.00 |
| 3. Summons, Court Notices (without contract) | $ 20,000.00 |

**Obstruction and/or Interference with official duties of Trustee**

| | |
|---|---|
| 1. Interference with travel (without contract or emergency) | $ 2,000.00/ minute after warning |
| 2. Temporary detention, obstruction, or restraint (without warrant) | $ 10,000.00/ minute after warning |

**Property Search, Trespass, Theft, Carjacking, Interference with Commerce**

| | |
|---|---|
| 1. Automobile/Vessel/Car Search | $ 500,000.00 |
| 2. Body/Clothing Search | $ 75,000.00 |
| 3. Handcuffing, being tied or otherwise restricted | $ 85,000.00 |
| 4. Taking/Theft/Deprivation of Property | $ 100,000.00 surcharge per item |
| 5. Jailed, Warehousing, Incarceration | $ 1,000,000.00 per day |

**Signature, Endorsement, Autograph (SEA)**

| | |
|---|---|
| 1. SEA under Threat Duress Coercion | $ 100,000.00 |
| 2. SEA undertaking by fiduciary at request of Third Parties | $ 10,000.00 (may be waived) |

*Instruments shall be made payable to: JOE EDWARD COLLINS III, 2534 State Street, Ste 481., San Diego, Ca, 92101*

**Schedule A**
*List of Assets to be Held in Private Trust of the Royal Family of Collins*

The Grantor has transferred, assigned, conveyed and delivered to the Trust the following assets to be held, managed and distributed under the terms of this Private Trust as described above:

Name: velvet blu lounge llc
Value: $100,000,000.00
Description: 47-5350682 EIN

Name: vote collins 2020
Value: $100,000,000,000.00
Description: 81-4827782 EIN

Name: vote collins 2020bank accounts
Value: $100,000,000,000.00
Description: 10538920 access number`

Name: votecollins2020website
Value: $100,000,000,000.00
Description: website and social media accounts/content

Name: authenticated certificate of live birth
Value: $100,000,000,000.00
Description: 18519137560 registration number/17043894-1 authentication number

Name: Social Security Card/Number
Value: $100,000,000,000.00
Description: 616261830 Accepted for Value

Name: Social Security Card/Number
Value: $100,000,000,000.00
Description:

Name: JOE EDWARD COLLINS III ESTATE
Value: $100,000,000,000.00
Description: 82-6563839 Name filed as an estate

Name: JOE EDWARD COLLINS
Value: $100,000,000,000.00
Description: 82-2967029 Name filed as a Corps

Name: jt acquisitions
Value: $100,000,000.00
Description: 82-1987523 EIN

# <u>Copyright Notice:</u>

This constitutes actual and constructive notice of the copyright protections for the trade-name/trademark, JOE EDWARD COLLINS III©, an original expression created on or about Nov 20, 1985, with all rights reserved, held by Collins Joe E III, for the Royal family of Collins Trust, hereinafter Trust, domiciling, San Diego California. Said common-law trade-name/trade-mark may not be used, printed, duplicated, reproduced, distributed, transmitted, displayed, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgement of the Trust, hereinafter "Secured Party." With the intent of being contractually bound, any juristic person, as well as the agent of said juristic person, assents, consents, and agrees that neither said juristic person, nor the agent of said juristic person, shall display, nor otherwise use in any manner, the common-law trade-name/trade-mark, nor the common-law copyright described herein, nor any derivative, variation, and/or spelling and printing of Joe Edward Collins III, including and not limited to all derivatives, variations in the spelling, abbreviating, upper/lower case rendering and writing of said trade-name/trade-mark. Secured Party neither assents, nor consents, nor agrees with, nor grants, nor implies any authorization for, any unauthorized use of tradename/trade-mark, and all unauthorized use is strictly prohibited. <u>Mutual Assent Implied and Express Contract Executed by Unauthorized Use of Secured Party's Common Law-Copyrighted Property; Self-Executing Security Agreement in Event of Unauthorized Use of Secured Party's Common Law-Copyrighted Property:</u> By these terms, both the person and the agent of said person engaging in unauthorized use of copyrighted property, hereinafter jointly referred to as the "Interloper" does assent, consent, and agree that any use of the tradename/trade-mark, except the authorized use as set above constitutes unauthorized use, unauthorized reproduction, copyright infringement, and counterfeiting, of Secured Party's common-law copyrighted property, is contractually binding upon said Third Party Interloper, securing an interest in said Interloper's assets, land, and personal property for equal consideration and not less than $100,000,000.00, based on the estimated value of the secured trade-name/trade-mark at the time of this notice. Any person claiming an adverse interest, challenging, or rebutting the rights of the Secured Party may write to the Trust in care of: 2534 State Street, Ste. 481, San Diego, Ca 92101, non-domestic/without the USA.

A notary public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF _San Diego_

On _9-20-17_ before me, _Del J Mundt Notary Public_, personally appeared Collins, Joe E III TR, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

DERIK J. MUNDT
Commission No. 2174710
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires December 4, 2020

_____ (Notary Seal)
Signature of Notary Public

*After Recording Return to:*
*Royal Family of Collins Trust*
*2541 State Street, Ste. 481*
*San Diego, California, [92101]*
*(858) 882-7712*

_____THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY_____

## CERTIFICATION OF PRIVATE TRUST
### regarding the

*Royal Family of Collins*

This certifies for the record, an actual and constructive notice of the Trust Agreement between JOE EDWARD COLLINS III (the "Grantor" or "Beneficiary") the juristic Persons/ U.S. ADMINISTRATIVE ESTATE, domiciling in San Diego, California, and the Trustee, "Collins, Joe E III,"of San Diego, California. Any person may rely upon this certification as evidence of the existence of the trust and are relieved of any obligation to verify that any transaction entered into by the Trustee named hereunder is consistent with the terms and conditions of said Declaration under the Agreement.

Know that,

1. The Trust has been established in the 1st day of August 2017; and that

2. The Grantors/Settlors for the Trust is JOE EDWARD COLLINS III, the juristic Persons/ U.S. ADMINISTRATIVE ESTATE, domiciling in San Diego, California ; and that

3. The Grantor has instructed the Trustee to receive the assets itemized on the attached **Schedule A**, during the lifetime; and that

4. The Grantor has instructed and designated the trustee to act as the Executor and carry out the wishes of the Estate as expressed in the Grantor's will and this business trust; and that

5. The Trustee of the Trust is Collins, Joe E III, whose domicile is on the land near $32° 42' 56.6496"$ N and $117° 9' 39.9132"$ W; and that

6. The Trust is a revocable; and that

7. The trust property shall be registered as

   a. Collins, Joe E III, Trustee under Agreement with the ROYAL FAMILY OF COLLINS, dated 1 Aug 2017 and or abbreviated: Joe E Collins III Tr_u/a_JOE E COLLINS III Dated 1 Aug 2017,

   b. other forms of registration are also permissible; and that

1. Any matter or transaction at issue regarding this Trust, requires no consent or action by any person other than the certifying trustee; and that

2. The trust holds all copyright, trade mark, trade name, and other intellectual property rights regarding JOE EDWARD COLLINS III and the ROYAL FAMILY OF COLLINS; and that

3. The trustee shall have full power and authority to:

   a. Take possession of and protect the trust assets.

   b. Review the accounts of the predecessor trustee and redress any breaches of trust.

   c. Sell the trust assets to pay any liabilities incurred by the trust

   d. Retain the Trust Estate.

   e. Hold un-invested cash and underproductive property,

   f. Invest and reinvest Trust assets in any type of property or security or any interests in such property (including co-tenancies and remainders

   g. To sell, convey, grant options to purchase, lease, transfer, exchange or otherwise dispose of any Trust asset on any terms deemed advisable, to execute and deliver deeds, leases, bills of sale, and other instruments of whatever character, and to take or cause to be taken all action deemed necessary or proper.

h. To lend on any terms deemed advisable, to lend Trust funds to any borrower, including the personal Representative of a Trustor's estate and the Trustee or beneficiary of any trust, by whomsoever created, and to change the terms of these loans. This authorization includes the power to extend them beyond maturity with or without renewal and without regard to the existence or value of any security, and to facilitate payment, to change the interest rate, and to consent to the modification of any guarantee.

i. To distribute any shares in cash or in property, or partly in each, and the Trustee's valuations of and selection of assets upon making distribution shall, if made in good faith, be final and binding on all beneficiaries.

j. To pay off any encumbrance on any Trust asset and to invest additional amounts to preserve it or to increase its productivity.

k. To purchase property, real or personal, from a Trustor's or a beneficiary's estate or trust for their benefit upon such terms and conditions, price and terms of payment as the Trustee and the respective personal Representative or Trustee shall agree upon; and that

4. The attached Schedules A is a true copy of a listing regarding property held in Trust; and that

5. The attached Annotation A-1 is the Affidavit of Title (Minnesota Rule 220) over the estate evidenced by the governing instrument Certificate of Live Birth, 18519137560, 100000144523D, (California State).

6. The attached Annotation Certified copy of Social Security Card Accepted for Value.

7. The attached Annotation A-2 is a true copy of the Bond for indemnity, secured funding, and discharging obligations for the trust, estate, and person of JOE EDWARD COLLINS III.

8. The attached Annotation A-3 is a true copy of the copyright protection held by the Trust, regarding the tradename; and that

9. The attached Annotation A-4 is a true copy of the Assessment Schedule (Fee Schedule) held in Trust; and that

10. The attached Annotation A-5 is a true copy of the Power of Attorney and authorization for Joe Edward Collins III

*NOW, THEREFORE, IN WITNESS WHEREOF,* I, in my official office of Trustee duly execute this record and hereunto set my hand and seal.

Royal Family of Collins ©
By: Collins, Joe, E III, Executor/Trustee
Without Recourse/All rights Reserved

## ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

California State
San Diego
Los Angeles County

DERIK J. MUNDT
Commission No. 2174710
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires December 4, 2020

On 9-20 17 before me, Derik J Mundt Notary Public personally appeared

Joe Edward Collins III who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

17043894-1



# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of California, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Rex W. Tillerson, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fourteenth day of July, 2017.

DERIK J. MUNDT
Commission No. 2174710
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires December 4, 2020

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301, 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By _____

Assistant Authentication Officer,
Department of State

# State of California
## Secretary of State

| | |
|---|---|
| **APOSTILLE**<br>(Convention de La Haye du 5 octobre 1961) | |

United States of America

document
public / El presente documento público

| signed by<br>né par<br>o firmado por | Dean C. Logan |
|---|---|
| ting in the capacity of<br>gissant en qualité de<br>quien actúa en calidad de | Registrar-Recorder/County Clerk |
| bears the seal / stamp of<br>est revêtu du sceau / timbre de<br>y está revestido del sello / timbre de | County of Los Angeles, State of California |

**Certified**
Attesté / Certificado

| 5. at<br>à / en | Los Angeles, California | 6. the<br>le / el día | 8th day of May 2017 |
|---|---|---|---|

| 7. by<br>par / por | Secretary of State, State of California |
|---|---|

| 8. No<br>sous nº<br>bajo el número | 66872 |
|---|---|

| 9. Seal / stamp:<br>Sceau / timbre:<br>Sello / timbre: |  | 10. Signature:<br>Signature:<br>Firma: | *Alex Padilla* |
|---|---|---|---|

is Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the
ntity of the seal or stamp which the public document bears.
is Apostille does not certify the content of the document for which it was issued.
verify the issuance of this Apostille, see: www.sos.ca.gov/business/notary/apostille-search/.
is certificate does not constitute an Apostille under the Hague Convention of 5 October 1961, when it is presented in a country which is not a party
the Convention. In such cases, the certificate should be presented to the consular section of the mission representing that country.

tte Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont
t acte public est revêtu.
tte Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
tte Apostille peut être vérifiée à l'adresse suivante: www.sos.ca.gov/business/notary/apostille-search/.
certificat ne constitue pas une Apostille en vertu de la Convention de La Haye du 5 Octobre 1961, lorsque présenté dans un pays qui n'est pas
rtie à cette Convention. Dans ce cas, le certificat doit être présenté à la section consulaire de la mission qui représente ce pays.

ta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o
bre del que el documento público esté revestido.
ta Apostilla no certifica el contenido del documento para el cual se expidió.
ta Apostilla se puede verificar en la dirección siguiente: www.sos.ca.gov/business/notary/apostille-search/.
te certificado no constituye una Apostilla en virtud del Convenio de La Haya de 5 de octubre de 1961 cuando se presenta en un país que no es parte
Convenio. En estos casos, el certificado debe ser presentado a la sección consular de la misión que representa a ese país.

y State Form NP-40 LA (rev. 01/2017)



DERIK J. MUNDT
Commission No. 2174710
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires December 4, 2020

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
### REGISTRAR-RECORDER/COUNTY CLERK

104 -

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**

STATE BIRTH CERTIFICATE NUMBER

1 8519137560

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

| | 1A. NAME OF CHILD—FIRST | 1B. MIDDLE | 1C. LAST | | |
|---|---|---|---|---|---|
| THIS CHILD | JOE | EDWARD | COLLINS III | | |
| | 2. SEX | 3A. THIS BIRTH, SINGLE, TWIN, ETC. 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4A. DATE OF BIRTH—MONTH, DAY, YEAR | | 4B. HOUR—(24 HOUR CLOCK TIME) |
| | MALE | SINGLE | NOVEMBER 20, 1985 | | 1130 |
| PLACE OF BIRTH | 5A. PLACE OF BIRTH—NAME OF HOSPITAL OR FACILITY | | 5B. STREET ADDRESS (STREET, NUMBER, OR LOCATION) | | |
| | KAISER FOUNDATION HOSPITAL | | 6041 CADILLAC AVENUE | | |
| | 5C. CITY OR TOWN | | 5D. COUNTY | | |
| | LOS ANGELES | | LOS ANGELES | | |
| FATHER OF CHILD | 6A. NAME OF FATHER—FIRST | 6B. MIDDLE | 6C. LAST | 7. STATE OF BIRTH | 8. AGE OF FATHER |
| | JOE | EDWARD | COLLINS | CA | 21 |
| MOTHER OF CHILD | 9A. NAME OF MOTHER—FIRST | 9B. MIDDLE | 9C. LAST (BIRTH NAME) | 10. STATE OF BIRTH | 11. AGE OF MOTHER |
| | DENISE | DARNELL | RILEY | CA | 24 |

| PARENT'S CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 12A. PARENT OR OTHER INFORMANT—SIGNATURE | 12B. RELATIONSHIP TO CHILD | 12C. DATE SIGNED |
|---|---|---|---|---|
| | | *Denise Collins* | Mother | 11/21/85 |
| ATTENDANT'S CERTIFICATION | I CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED | 13A. PHYSICIAN OR OTHER ATTENDANT—SIGNATURE—DEGREE OR TITLE | 13B. LICENSE NUMBER | 13C. DATE SIGNED |
| | | *M. Wong* | A-24091 | 12-6-85 |
| | 14. | 13D. TYPED NAME AND ADDRESS | | |
| | | M. WONG, M.D. 6041 CADILLAC AVE., LOS ANGELES, CA  90034 | | |
| LOCAL REGISTRAR | 15. DEATH—ENTER DATE OF DEATH | 16. LOCAL REGISTRAR—SIGNATURE | | 17. DATE ACCEPTED FOR REGISTRATION |
| | | *Robt. S. Mata* | | DEC 1 9 1985 |



DERIK J. MUNDT
Commission No. 2174710
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires December 4, 2020

CAL0SANG02

This is to certify that this document is a true copy of the official
record filed with the Registrar-Recorder/County Clerk.



**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying the
seal and signature of the Registrar-Recorder/County Clerk.

DEC 06 2016



1000001445230

# CALIFORNIA COPY CERTIFICATION
## BY DOCUMENT CUSTODIAN

I, *Joe E Collins III* _____ hereby declare that the attached reproduction
of *Authenticated Birth Certificate* _____ is a true, correct and
complete photocopy of the original document in my possession.

_____
Signature of Original Document Custodian

*2584 State St. Ste 431 San Deigo, Ca 91711*
_____
Address

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of *San Diego* _____

On *9-5-17*, before me, *Derik J Mundt* _____, Notary Public, personally appeared
*Joe E Collins III* _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

I certify under Penalty of Perjury under the laws of the State of California that the foregoing paragraph is true and
correct.

WITNESS MY HAND AND OFFICIAL SEAL.

> DERIK J. MUNDT
> Commission No. 2174710
> NOTARY PUBLIC - CALIFORNIA
> SAN DIEGO COUNTY
> Commission Expires December 4, 2020

_____
Signature of Notary Public

(Notary Seal)

## OPTIONAL INFORMATION

**DESCRIPTION OF ATTACHED DOCUMENT**

_____

Number of Pages _____ (Including acknowledgment)

Document Date _____

_____
(Additional Information)

**CAPACITY CLAIMED BY SIGNER**

_____ Individual
_____ Corporate Officer
_____ Partner
_____ Attorney-In-Fact
_____ Trustee
_____ Other: _____

# Affidavit of Joe E. Collins III

## STATE OF CALIFORNIA
## COUNTY OF LOS ANGLES

The undersigned, Joe E, Collins III, do hereby swear, certify and affirm that:

1. I, Joe E Collins III, am familiar with the facts recited, stating that the party named in said birth certificate is the same party as one of the owners named in said certificate of title; and that thereafter the Registrar of Titles shall treat said owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7 day of _____, 20 17

Joe E. Collins III

MAHINDA WIJESEKARA
Commission # 2076696
Notary Public - California
Orange County
My Comm Expires Aug 29 20

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

STATE OF CALIFORNIA )

COUNTY OF _____Orange_____ )

On __6/ 9/ 2017__ before me, ___Mahinda Wijesekara___
DATE                        NAME, TITLE OF OFFICER ~ E.G., JANE DOE, NOTARY PUBLIC

personally appeared, ___Joe E. Collins III_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____ (SEAL)
NOTARY PUBLIC SIGNATURE

MAHINDA WIJESEKARA
Commission # 2076696
Notary Public - California
Orange County
My Comm. Expires Aug 29, 2018

―――――――――― OPTIONAL INFORMATION ――――――――――

THIS OPTIONAL INFORMATION SECTION IS NOT REQUIRED BY LAW BUT MAY BE BENEFICIAL TO PERSONS RELYING ON THIS NOTARIZED DOCUMENT

TITLE OR TYPE OF DOCUMENT _____

DATE OF DOCUMENT _____ NUMBER OF PAGES _____

SIGNERS(S) OTHER THAN NAMED ABOVE _____

SIGNER'S NAME _____   SIGNER'S NAME _____

| RIGHT THUMBPRINT | | RIGHT THUMBPRINT |
|---|---|---|

This card belongs to the Social Security Administration and you must return it if we ask for it

If you find a card that isn't yours, please return it to:
Social Security Administration
P.O. Box 33008, Baltimore, MD 21290-3008

For any other Social Security business/information, contact your local Social Security office. If you write to the above address for any business other than returning a found card you will not receive a response.

Social Security Administration
Form SSA-3000 (08-2011)

 G86660859



REGISTERED
BC18519137560US

**JOE EDWARD COLLINS III**
and Joe Edward Collins III Trust hereby Grant this
Private Issue

REGISTERED
BC18519137560US

**Number:**
JEC3410777-001

**ORIGINAL ISSUE DATE**
01 Aug, 2017

**Dollars:**
$100,000,000,000.00

**MATURITY DATE**
7 Years

**Registered Holder:**

Steven Mnuchin
[or Any Authorized Officer or Agent for the United States of America]
Secretary of the Treasury
U.S. Department of the Treasury
1500   Pennsylvania   Avenue,
N.W. Washington, D.C. 20220

On account JOE EDWARDCOLLINS III 616261830, for further credit to Collins, Joe, E, III TR trustee under agreement with JOE EDWARD COLLINS III
**Through:**
JOE EDWARD COLLINS III, Principal, private offset/asset 18519137560 Secured by UCC filing (account) #17-7598881882
JOE E. COLLINS III TR, First Guarantor, private offset/asset 18519137560 Secured by UCC filing (account)# 17-7598881882
Tristan O. Lee, Second Guarantor, private offset/asset 18519137560 Secured by UCC filing (account) #17-7598881882
Randy Wilson, Third Guarantor, private offset/asset 18519137560 Secured by UCC filing (account) #17-7598881882
This Bond shall be entered as an asset to the United States Department of Treasury in the amount of

**ONE HUNDRED BILLION DOLLARS**

**KNOW ALL MEN BY THESE PRESENTS,** to facilitate lawful commerce within the United States in the absence of substance backed currency in circulation, the Fiduciary upon receipt of this private Discharging and Indemnity Bond No. JEC3410777-001 ("Bond") shall post the full face value of the Bond as an asset to the benefit of the United States Department of the Treasury to be used specifically in the manner described hereunder for the purpose of securing honorable settlement for the account holders and accounts listed below. The Fiduciary has been entered into the books of the grantor as the registered holder.

**SETOFF.** This Bond has been authorized and issued pursuant to a resolution duly adopted by the Estate Trust of Joe Edward Collins III, on Aug 1, 2017 and the full faith and credit of the United States backing said assets of the principle as well as the guarantors, JOE EDWARD COLLINS III TR, JOE E COLLINS III, and KENNETH B. RILEY, who do hereby hold bind and their estate, jointly and severally as voluntary sureties for any such liabilities ledgered against the Birth Certificate Account, File no. 18519137560, for any sum up to and including One Hundred Billion 00/100 United States Dollars ($100,000,000,000.00), insuring, underwriting, indemnifying, discharging, paying and satisfying all such account holders and accounts dollar for dollar against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract or performance, defaults , charges, and any and all other obligations as may exist or come to exist during the terms of this Bond (jointly and severally "Liabilities") until the sum or term of this Bond is exhausted.

**AS A CONSEQUENCE THEREOF,** the Fiduciary shall satisfy all pre-existing and current Liabilities as may exist without exception for, against and on behalf of all such account holders and accounts dollar for dollar through the above-noted Private Offset/ Asset Accounts up to and including the full face value of this Bond through maturity.

**PRE-PAYMENT.** Each of the said account holders and accounts shall be severally insured, underwritten and indemnified against any and all future Liabilities as may appear, thereby instantly satisfying all such obligations dollar for dollar without exception through the above-noted Private Offset Accounts up to and including the face value of this Bond through Maturity.

**DISHONOR.** The Fiduciary shall have thirty (30) days from the date of presentment noted on the U.S.P.S Form 3811 to dishonor this Bond by returning the same to the grantor by registered mail at the location noted herein. Failure to so return will stipulate the Fiduciary's honorable acceptance of this Bond and all obligations and liabilities hereunder on behalf of the United States.

**MATURITY.** Upon maturity at 11:59:59PM 8/1/2024, the Fiduciary shall mark this Bond cancelled and return this Bond bearing the marks of cancellation to the grantor for the grantor's heirs by registered mail, all profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury and/or conservators.

All communications shall be sent by United States Registered Mail directly to the grantor at the location noted hereunder exactly as shown. Service in any other manner is defective on its face. The grantor accepts post exclusively at the said postal location.

**IN WITNESS THEREOF,** the signatories to this Bond to hereby affix their respective hand and seal on this 1ˢᵗ day of Aug the Third month anno domino in the year of Our Lord Two Thousand and Seventeen.

| JOE EDWARD COLLINS III TR | RANDY WILSON | TRISTAN O LEE |
|---|---|---|
| Asset Acct # 18519137560 | Asset Acct # 18519137560 | Asset Acct # 18519137560 |
| 2534 State Street, Ste 481 | 2534 State Street, Ste 481 | 2534 State Street, Ste 481 |
| San Diego Ca, 92101 | San Diego Ca 92101 | San Diego, Ca, 92101 |
| non-domestic, without the United States | non-domestic, without the United States | non-domestic, without the United States |

000000518   616261830

# DECLARATION OF FACTS

2-28-17

## IMPORTANT!
### PLEASE COMPLETE INFORMATION NEEDED TO UPDATE OUR RECORDS.

| YOUR NAME: (LAST) | (FIRST) |
|---|---|

| DRIVER'S LICENSE OR ID # AND STATE: | SOCIAL SECURITY NUMBER / ITIN: | DATE OF BIRTH: |
|---|---|---|

ADDRESS:

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| CELL PHONE #: | HOME PHONE #: |
|---|---|

EMAIL ADDRESS:

**How do you prefer to receive information from DCSS?**  ☐ Text  ☐ Email

**Does an attorney represent you?** ☐ Yes  ☐ No   NAME:

**Education Level:** ☐ HS grad/GED  ☐ Associate/Technical degree  ☐ Some college  ☐ Bachelors or higher

As part of the child support process, you may attend a meeting with the other parent.
**Do you have any safety concerns regarding meeting with the other parent and discussing financial matters and child visitation arrangements?**  ☐ Yes  ☐ No

## NONCUSTODIAL PARENT'S (PARENT PAYING SUPPORT'S) EMPLOYER

| CURRENT EMPLOYER'S NAME: | PHONE: |
|---|---|

EMPLOYER'S ADDRESS:

| CITY | STATE | ZIP CODE | FAX: |
|---|---|---|---|

## DO YOUR CHILDREN HAVE HEALTH INSURANCE? ☐ Yes ☐ No ☐ Medi-Cal

| DEPENDENTS COVERED: | POLICY NUMBER: | POLICY BEGIN DATE: |
|---|---|---|

| INSURANCE CARRIER: | HEALTH INSURANCE BENEFIT: ☐ Medical ☐ Dental ☐ Vision ☐ Other: |
|---|---|

## NOTES

I Do not consent to Providing any
Personal information NOR Being a
Client of SAN DIEGO Child Support Services

---

**FOR OFFICE USE ONLY**

| Checked in at: ☐ CH5  ☒ PCH6  ☐ ESC  ☐ SB | Case Managed By: ☐ DT  ☐ ESC  ☐ SB |
|---|---|
| CSE / Participant ID #:   DF2 60832   ☐ CP ☐ NCP | Amount collected: $ |

# DECLARACION de HECHOS

## ¡IMPORTANTE!
### POR FAVOR COMPLETE LA SIGUIENTE INFORMACION PARA ACTUALIZAR NUESTROS EXPEDIENTES

| NOMBRE: | (APELLIDO) | (PRIMER) |
|---|---|---|

| NUMERO DE LICENCIA DE MANEJAR O IDENTIFICACION Y ESTADO: | NUMERO DE SEGURO SOCIAL / ITIN: | FECHA DE NACIMIENTO: |
|---|---|---|

DOMICILIO:

| CIUDAD: | ESTADO: | CODIGO POSTAL: |
|---|---|---|

| TELEFONO CELULAR: | TELEFONO DE CASA: |
|---|---|

CORREO ELECTRONICO:

**COMO PREFIERE RECIBIR INFORMACION DE DCSS?**  ☐ MENSAJE DE TEXTO  ☐ CORREO ELECTRONICO

**¿ESTA USTED REPRESENTADO POR UN ABOGADO/A?** ☐ Sí ☐ No   NOMBRE:

**Nivel de Educación:** ☐ Secundaria/GED ☐ Título/Título Técnico ☐ Alguna educación superior/clases de colegio/universidad ☐ Licenciatura o superior

Como parte del proceso, puede asistir a una reunión con el otro padre. ¿Tiene alguna preocupación de seguridad sobre encuentro con el otro padre y discusión de asuntos financieros y arreglos de visitación del niño? ☐ Sí ☐ No

## EMPLEADOR DEL PADRE SIN CUSTODIA (PADRE PAGANDO MANUTENCION)

| EMPLEADOR ACTUAL: | TELEFONO: |
|---|---|

DOMICILIO DE EMPLEADOR:

| CIUDAD | ESTADO | CODIGO POSTAL | FAX: |
|---|---|---|---|

## ¿TIENE SEGURO MEDICO PARA EL/LOS DEPENDIENTES? ☐ Sí ☐ No ☐ Medi-Cal

| DEPENDIENTES CUBIERTOS: | NUMERO DE POLIZA: | FECHA DE INCIO: |
|---|---|---|

| COMPANIA DE SEGUROS: | BENEFICIOS: ☐ Médico ☐ Dental ☐ Visión ☐ Otro: |
|---|---|

## NOTES

### FOR OFFICE USE ONLY

| Checked in at: | ☐ CH5 ☐ CH6 ☐ ESC ☐ SB | Case Managed By: | ☐ DT ☐ ESC ☐ SB |
|---|---|---|---|
| CSE / Participant ID #: | | ☐ CP ☐ NCP | Amount collected: $ |

Dec of Facts_LD005S_Final_EngSpan.docx  (Rev. 11/16)

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY                    DEPARTMENT OF CHILD SUPPORT SERVICES

## NOTICE REGARDING MONTHLY BILLING STATEMENT
DCSS 0274 (08/21/2016)

### HOW TO MAKE A COMPLAINT ABOUT THE COLLECTION AND  DISTRIBUTION OF CHILD SUPPORT

**RIGHT TO COMPLAINT RESOLUTION:**

The child support program has a complaint resolution process if you think a mistake has been made in the collection and distribution of child support in your case.  To start the complaint resolution process, you should call (866) 901-3212 or write the Local Child Support Agency (LCSA) at:

200000001820388          SAN DIEGO              PO BOX 122031, SAN DIEGO, CA 92112-2031          8669013212

**IMPORTANT:  Your request for complaint resolution must be made within 90 days from the date you knew, or should have known, about the subject of your complaint.**

The LCSA has 30 days from the date it receives your complaint to provide you with a written resolution of your complaint, unless it is determined that more information or time is needed to resolve your complaint. The LCSA will contact you if it needs more information or time to resolve your complaint.

**RIGHT TO STATE HEARING:**

If you **do not** receive a response to your complaint within 30 days from the date your complaint was received, you have the right to request a State Hearing before an Administrative Law Judge.

**IMPORTANT:  If you did not receive a response to your complaint within 30 days, and you decide to request a State Hearing, your request for a State Hearing must be made within 90 days after you made your complaint with the LCSA.**

If you **do** receive a response to your complaint within 30 days of making your complaint, and you are not satisfied with the complaint resolution or response, you have the right to request a State Hearing before an Administrative Law Judge.

**IMPORTANT:  If you are not satisfied with the complaint resolution or response, and you decide to request a State Hearing, your request for State Hearing must be made within 90 days after you received the written response to your complaint.  You will receive instructions on how to file for a State Hearing when you file your complaint.**

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY                                  DEPARTMENT OF CHILD SUPPORT SERVICES

# NOTICE REGARDING MONTHLY BILLING STATEMENT
DCSS 0274 (08/21/2016)

## THIS NOTICE HAS IMPORTANT INFORMATION ABOUT SUPPORT THAT HAS BEEN COLLECTED. PLEASE READ IT CAREFULLY.

The Monthly Billing Statement tells you about money that was paid to the Department of Child Support Services and about your account balances during the statement period.  If you have any questions about your case or believe the information on the Monthly Billing Statement is wrong, please call us at (866) 901-3212.

### The following information will help you understand the Monthly Billing Statement.

## MONTHLY BILLING STATEMENT AND PAYMENT COUPONS

| | |
|---|---|
| **STATEMENT BEGINNING DATE:** | Date the statement period begins.  This could be a specific date (such as January 1, 2001), or it could be the month and year (such as January, 2001). |
| **STATEMENT ENDING DATE:** | Date the statement period ends.  This could be a specific date (such as January 31, 2001), or it could be the month and year (such as January, 2001). |
| **PAYMENT FREQUENCY AND AMOUNT:** | Court Ordered Payment Frequency and Amount. |
| **MONTHLY PAYMENT DUE FOR CURRENT SUPPORT:** | Amount for current support to be paid each month. |
| **MONTHLY PAYMENT DUE FOR PAST DUE SUPPORT:** | Amount for past due support to be paid each month. |
| **TOTAL MONTHLY PAYMENT DUE FOR CURRENT/PAST DUE SUPPORT:** | Total amount for current and past due support to be paid each month. |
| **INTEREST BALANCE:** | Total interest balance as of the STATEMENT ENDING DATE. |
| **PRINCIPAL BALANCE:** | Total principal balance as of the STATEMENT ENDING DATE. |
| **TOTAL INTEREST AND PRINCIPAL BALANCE:** | Total interest and principal balance as of the STATEMENT ENDING DATE. |
| **PAYMENT COUPON(S):** | Enter payment amount enclosed. |

## MONTHLY BILLING STATEMENT - DETAIL BY CASE NUMBER

### PAYMENTS RECEIVED AND OTHER ADJUSTMENTS (BY CASE NUMBER):

| | |
|---|---|
| **DATE:** | Date the payment and/or other adjustment was actually posted to the account. |
| **DESCRIPTION:** | Payment and/or other adjustment type (such as, payment received, interest accrued, etc.). |
| **AMOUNT:** | Amount of payment and/or other adjustment. |
| **APPLIED TO:** | How the payment or adjustment was divided between current support due, past due support, and interest. |

Services Available to You:

- If you would like to have your order reviewed for modification (changes) and/or an administrative determination of past due support (arrears), call us at (866) 901-3212.  Payments on arrears continue to be due and payable unless and until you are notified otherwise.

- Services of the Family Law Facilitator are available to you.  Services are free and separate from DCSS.  Contact information is available on the Internet at http://www.courts.ca.gov/selfhelp-facilitators.htm.

- To file a formal complaint about the collection and distribution of child support, please see the back of this notice.

- Additional services may be available in your county, please contact the number below.

  If you have any questions, please visit Customer Connect at http://www.childsup-connect.ca.gov for assistance on-line or call Customer Connect at (866) 901-3212.  Persons with hearing or speech impairments, please call the TTY number (866) 399-4096.

This page intentionally left blank

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY                    DEPARTMENT OF CHILD SUPPORT SERVICES

## MONTHLY BILLING STATEMENT - DETAIL BY CASE NUMBER

DCSS 0275 (08/16/04)

PARTICIPANT NAME: JOE COLLINS                        STATEMENT BEGINNING DATE: 10/01/2017
PARTICIPANT ID NUMBER: 0370409581641                 STATEMENT ENDING DATE: 10/31/2017

**PAYMENTS RECEIVED AND OTHER ADJUSTMENTS**



| CASE NUMBER | DATE | DESCRIPTION | AMOUNT | APPLIED TO: | | |
|---|---|---|---|---|---|---|
| | | | | CURRENT | INTEREST ON PAST DUE SUPPORT | PAST DUE SUPPORT |
| 200000001820388 | 10-01-201 | BALANCE ADJUSTMENT | 13680.00 | 0.00 | 0.00 | 13680.00 |
| | 10-01-201 | CURRENT SUPPORT DUE | 1140.00 | 1140.00 | 0.00 | 0.00 |

- Interest on past due support accrues at the legal rate.
- This balance may not reflect all interest or other charges you may owe.
- Support that has accrued and payments posted after the statement ending date will be reflected on your next statement.

EARLY INTE

This page intentionally left blank

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY                    DEPARTMENT OF CHILD SUPPORT SERVICES

# MONTHLY BILLING STATEMENT
DCSS 0265 (12/29/06)

LCSA  SAN DIEGO COUNTY DEPARTMENT
OF CHILD SUPPORT SERVICES

JOE COLLINS
606 PECAN ST
FERRIS TX 75125-1535

| | |
|---|---|
| STATEMENT BEGINNING DATE: | 10/01/2017 |
| STATEMENT ENDING DATE: | 10/31/2017 |
| PARTICIPANT ID NUMBER: | 0370409581641 |
| PARTICIPANT NAME: | JOE COLLINS |

## SUMMARY OF AMOUNTS OWED

| CASE AND COURT ORDER INFORMATION | | CURRENT AND PAST DUE PAYMENT INFORMATION | | | ARREARS INFORMATION | | |
|---|---|---|---|---|---|---|---|
| CASE NUMBER | PAYMENT FREQUENCY AND AMOUNT | MONTHLY PAYMENT DUE FOR CURRENT SUPPORT | MONTHLY PAYMENT DUE FOR PAST DUE SUPPORT | TOTAL MONTHLY PAYMENT DUE FOR CURRENT AND PAST DUE SUPPORT | INTEREST BALANCE | PRINCIPAL BALANCE | TOTAL INTEREST AND PRINCIPAL BALANCE |
| 200000001820388 | MONTHLY / 1140.00 | 1140.00 | * | 1140.00 | -- | 14820.00 | 14820.00 |
| **TOTALS** | | 1140.00 | * | 1140.00 | 0.00 | 14820.00 | 14820.00 |

**\* If there is an arrears balance and there is no court order for monthly payments toward arrears, arrears continue to be due and payable, unless and until you are notified otherwise.**

- Interest on past due support accrues at the legal rate.
- This balance may not reflect all interest or other charges you may owe.
- Support that has accrued and payments posted after the statement ending date will be reflected on your next statement.

COMMENTS/ SPECIAL INSTRUCTIONS:

*If you feel this information is not correct, please contact us at (866) 901-3212 or the address provided on the Notice Regarding Monthly Billing Statement attached (DCSS 0274).*

*Please tear off payment coupon below and return it with your payment to ensure proper credit to your account.*

➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤➤

## PAYMENT COUPON
**NOTE:  If the total minimum payment due is automatically being deducted from your pay, you do not need to send in any additional payment.**

PARTICIPANT NAME: JOE COLLINS

PARTICIPANT ID NUMBER: **0370409581641**

CALIFORNIA STATE DISBURSEMENT UNIT
PO BOX 989067
WEST SACRAMENTO CA 95798-9067

ENTER AMOUNT OF REMITTANCE: _____
*Please make checks payable to:*
CALIFORNIA STATE DISBURSEMENT UNIT

*Please write your participant ID number on your check.*



When you don't pay your support, you are charged interest on the past due amount and you run the risk of having:

- your name reported as delinquent to credit reporting agencies
- liens placed on your personal and real property
- your state and federal tax returns intercepted
- your driver, professional or recreational licenses suspended or revoked
- your passport denied

California law provides these and other methods to help us collect past due support, but we prefer to work with you and avoid using these remedies.

If you have any questions or need help, please visit CustomerConnect on the web, http://www.childsup-connect.ca.gov. for assistance on-line, or call CustomerConnect at (866) 901-3212.  Persons with hearing or speech impairments, please call the TTY number (866) 399-4096.

Sincerely,


KASSANDRA RUCOBO
Child Support Representative

EARLY INTERVENTION COURTESY NOTICE
DCSS 0657 (07/22/09)

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY
DEPARTMENT OF CHILD SUPPORT SERVICES
Page 2 of 2
EARLY INTE

COUNTY OF SAN DIEGO DEPARTMENT OF CHILD
SUPPORT SERVICES
PO BOX 122031
SAN DIEGO CA 92112-2031





11/06/2017

JOE EDWARD COLLINS, III
606 PECAN ST
FERRIS TX 75125-1535

CSE Case Number: 200000001820388
Court Case Number:  DF260832



Dear JOE EDWARD COLLINS, III:

We will be working with you to ensure that your child(ren) receive(s) child support in accordance with your new order. This is a reminder that your first payment is due or will soon be due.

**Pay Your Support In Full And On Time Every Month**

If your employer has been notified to withhold child support from your paycheck, please remember that you are responsible for making sure your support gets paid. Due to the timing of the notice, the first payment(s) sent by the employer may not be sent in time to cover your first month's support. It may be advisable to make the first payment yourself. If you get behind in your payments, make them up as quickly as possible to avoid any enforcement actions being taken against you.

Send your payments to:        CALIFORNIA STATE DISBURSEMENT UNIT
                              PO BOX 989067
                              WEST SACRAMENTO CA 95798-9067

Include your Court Case and CSE Case Number as shown above.

Federal and state law require that child support be withheld from your pay if you are employed, so please let us know immediately whenever you change or begin employment. If you are unemployed or self-employed, you may have your payments automatically deducted from your checking account. For information about this and other payment options, including credit or debit card payments, go to https://www.casdu.com. or call the California State Disbursement Unit (SDU) at (866) 901-3212.

**I Am Here To Help**

Please notify me of any changes in your employment or address. If you, at any time, are having trouble making your payments, ask for help.

EARLY INTERVENTION COURTESY NOTICE
DCSS 0657 (07/22/09)

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY
DEPARTMENT OF CHILD SUPPORT SERVICES
Page 1 of 2
EARLY INTE


DS2374425470



This page intentionally left blank

COUNTY OF SAN DIEGO DEPARTMENT OF CHILD
SUPPORT SERVICES
PO BOX 122031
SAN DIEGO CA 92112-2031



JOE COLLINS
606 PECAN ST
FERRIS TX 75125-1535

SDDCSS
220 W. BROADWAY
SANDIEGO, Ca 92101

