

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Edward Collins, III | **Civil Action No.** 17-cv-02467-MMA-KSC |
| **Plaintiff,** | |
| V. | |
| County of San Diego DCSS | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants Defendant's unopposed motion to dismiss and Dismisses Plaintiff's Complaint for lack of subject matter jurisdiction without prejudice and without leave to amend.

**Date:**        3/22/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Hazard

A. Hazard, Deputy