# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Michael M. Anello

| FROM: J. Simmons, Deputy Clerk | RECEIVED DATE: March 22, 2018 |
|---|---|
| CASE NO. 17-cv-02467-MMA-KSC | DOC FILED BY: Joe Edward Collins, III |
| CASE TITLE: Collins v. County of San Diego DCSS | |
| DOCUMENT ENTITLED: Opposition to Motion to Dismiss | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 or 47.1 - Briefs or memorandum exceed length restrictions;

Other: Case dismissed for lack of subject matter jurisdiction on March 22, 2018. *See* Doc. No. 11. Thus, the case is closed.

Date Forwarded: __March 23, 2018__

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☐ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: __March 26, 2018__     CHAMBERS OF: __The Honorable Michael M. Anello__

cc: All Parties          By: __s/ Law Clerk__