NAME AND ADDRESS OF ATTORNEY
Joe Edward III: Collins
3860 Wilshire Blv. ste P04-1180
Los Angeles, Ca 90010

PHONE: (858) 882-7519



**FILED**

Apr 02 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ AKR    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Michael M. Anello

Joe Edward III: Collins

(Appellant/Appellee)    Plaintiff

vs

County of San Diego Department of Child Support Services

(Appellant/Appellee)    Defendant

COURT REPORTER

CIVIL NO. 17cv2467-MMA (KSC)

NOTICE OF APPEAL    (Civil)

Notice is hereby given that Joe Edward III: Collins

✗    Plaintiff _____ Defendant above named, hereby appeals to the United States Court of Appeals for the:    (check appropriate box)

✗    Ninth Circuit            Federal Circuit

from the:    (check appropriate box)

✗    Final Judgment            Order (describe)

entered in this proceeding on the __22__ day of March, 20 18.
Transcripts required    Yes    ✗ No.
Date civil complaint filed:    12/8/17

Date: 3/30/18

_____
Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)

# PROOF OF SERVICE (Court of Appeal)
[x] Mail   [ ] Personal Service

**Notice:** This form may be used to provide proof that a document has been served in a proceeding in the Court of Appeal. Please read *Information Sheet for Proof of Service (Court of Appeal)* (form APP-009-INFO) before completing this form. Do not use this form for proof of electronic service. See form APP-009E.

Case Name: Collins v. County of San Diego Department of Child Support Services
Court of Appeal Case Number:
Superior Court Case Number: 17cv2467-MMA(KSC)district case

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My [x] residence   [ ] business   address is *(specify)*:
   635 w 113st Los Angeles, Ca 90044

3. I mailed or personally delivered a copy of the following document as indicated below *(fill in the name of the document you mailed or delivered and complete either a or b):*

   a. [x] **Mail.** I mailed a copy of the document identified above as follows:

   (1) I enclosed a copy of the document identified above in an envelope or envelopes **and**

   (a) [x] **deposited** the sealed envelope(s) with the U.S. Postal Service, with the postage fully prepaid.

   (b) [ ] **placed** the envelope(s) for collection and mailing on the date and at the place shown in items below, following our ordinary business practices. I am readily familiar with this business's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope(s) with postage fully prepaid.

   (2) Date mailed: 30 March 2018

   (3) The envelope was or envelopes were addressed as follows:
   (a) Person served: Certified Mail 7017 6280 0000 9796 5872
       (i) Name: Thomas Montgomery county counsel
       (ii) Address:
            1600 Pacific Hwy, room 355
            San Diego, Ca, 92101-2469

   (b) Person served: Certified Mail 7017 6280 0000 9796 5872
       (i) Name: Joshua Heinlein
       (ii) Address:
            1600 Pacific Hwy, room 355
            San Diego, Ca, 92101-2469

   (c) Person served: Certified Mail 7017 2680 0000 9796 5889
       (i) Name: San Diego Child Support Services
       (ii) Address:
            220 West Broadway
            San Diego, Ca 92101

   [ ] Additional persons served are listed on the attached page *(write "APP-009, Item 3a" at the top of the page).*

   (4) I am a resident of or employed in the county where the mailing occurred. The document was mailed from (city and state): Los Angeles, Ca

Form Approved for Optional Use
Judicial Council of California
APP-009 [Rev. January 1, 2017]

**PROOF OF SERVICE
(Court of Appeal)**

www.courts.ca.gov

| | APP-009 |
|---|---|
| Case Name: COLLINS V. COUNTY OF SAN DIEGO DEPARTMENT OF CHILD SUPPORT SERVICES | Court of Appeal Case Number: |
| | Superior Court Case Number: 17CV2467MMA (KSC) DISTRICT CASE # |

3. b. ☐ **Personal delivery.** I personally delivered a copy of the document identified above as follows:

   (1) Person served:
      (a) Name:
      (b) Address where delivered:

      (c) Date delivered:
      (d) Time delivered:

   (2) Person served:
      (a) Name:
      (b) Address where delivered:

      (c) Date delivered:
      (d) Time delivered:

   (3) Person served:
      (a) Name:
      (b) Address where delivered:

      (c) Date delivered:
      (d) Time delivered:

☐ Names and addresses of additional persons served and delivery dates and times are listed on the attached page *(write "APP-009, Item 3b" at the top of the page).*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 30 March 2018

Clarence Walker
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ *Clarence E. Walker*
(SIGNATURE OF PERSON COMPLETING THIS FORM)

From: J.E. Collins III
333 W Broadway
8860 Wilshire Blv
Ste 104-1190
Los Angeles, Ca

7017 2680 0000 9796 5896



U.S. POSTAGE PAID
SANTA-FE-SPRIN
90670
MAR 30 18
AMOUNT
$4.16
R2304M114932-15

To: U.S. District Court
of Appeals
333 W. Broadway
Ste 420 San Diego Ca
92101

ReadyPost
Document Mailer
92101$3802 C037

UNITED STATES
POSTAL SERVICE®

1PJE2150 - AIC-093
Product Code 83300008
www.usps.com
A product of the United States Postal Service®
MADE IN THE U.S.A.

6" x 9" Envelope
$.49

0 15645 72738 0