# UNITED STATES DISTRICT COURT
for the
DISTRICT OF California Southern District

Joe Edward III: Collins )
)
          Plaintiff )
)
   v. )
) Case No. 17cv2467-MMA(KSC)
County of San Diego DCSS )
)
          Defendant )
)

**FILED**

Apr 02 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ AKR    DEPUTY

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: Joe Edward III: Collins      Date: 30 March 2018

My issues on appeal are:
I am a disabled veteran who's only income is disability from the V.A. in the amount of $675.00 per month.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $675.00 | $ | $675.00 | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| **Total monthly income:** | $675.00 | $ | $675.00 | $ |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
| --- | --- | --- | --- |
| U.S. Navy | | Aug 2004-Oct 2017 | $ |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Navy Federal | Checking | $176.00 | $ |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 | |
|---|---|---|---|
| (Value) $ | (Value) $ | (Value) $ | |
| | | Make and year: | |
| | | Model: | |
| | | Registration #: | |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>    Are real estate taxes included?    [ ] Yes [ ] No<br>    Is property insurance included?    [ ] Yes [ ] No | $ | $ |

| Expense | Amount | |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $75 | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $250 | $ |
| Clothing | $45 | $ |
| Laundry and dry-cleaning | $40 | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
|     Motor Vehicle: | $ | $ |
|     Credit card (name): Capital One | $27 | $ |
|     Department store (name): | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| **Total monthly expenses:** | $437.00 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   [ ] Yes [✓] No      If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* [ ] Yes [✓] No

    *If yes, how much?* $ _____

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*
    I am currently living with a family member where i help with the bills in exchange for living arrangemnets

12. *State the city and state of your legal residence.*

    *Your daytime phone number:* (858) 882-7519

    *Your age:* 32      *Your years of schooling:* 14

    *Last four digits of your social-security number:* 1830

| | APP-009 |
|---|---|
| **PROOF OF SERVICE (Court of Appeal)**<br>[x] Mail     [ ] Personal Service | |
| **Notice:** This form may be used to provide proof that a document has been served in a proceeding in the Court of Appeal. Please read *Information Sheet for Proof of Service (Court of Appeal)* (form APP-009-INFO) before completing this form. Do not use this form for proof of electronic service. See form APP-009E. | |
| Case Name: Collins v. County of San Diego Department of Child Support Services<br>Court of Appeal Case Number:<br>Superior Court Case Number: 17cv2467-MMA(KSC)district case | |

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My [x] residence    [ ] business    address is *(specify)*:
   635 w 113st Los Angeles, Ca 90044

3. I mailed or personally delivered a copy of the following document as indicated below *(fill in the name of the document you mailed or delivered and complete either a or b)*:

   a. [x] **Mail.** I mailed a copy of the document identified above as follows:

      (1) I enclosed a copy of the document identified above in an envelope or envelopes **and**

         (a) [x] **deposited** the sealed envelope(s) with the U.S. Postal Service, with the postage fully prepaid.

         (b) [ ] **placed** the envelope(s) for collection and mailing on the date and at the place shown in items below, following our ordinary business practices. I am readily familiar with this business's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope(s) with postage fully prepaid.

      (2) Date mailed: 30 March 2018

      (3) The envelope was or envelopes were addressed as follows:

         (a) Person served: Certified Mail 7017 6280 0000 9796 5872
            (i) Name: Thomas Montgomery county counsel
            (ii) Address:
               1600 Pacific Hwy, room 355
               San Diego, Ca, 92101-2469

         (b) Person served: Certified mail 7017 6280 0000 9796 5872
            (i) Name: Joshua Heinlein
            (ii) Address:
               1600 Pacific Hwy, room 355
               San Diego, Ca, 92101-2469

         (c) Person served: Certified Mail 7017 2680 0000 9796 5889
            (i) Name: San Diego Child Support Services
            (ii) Address:
               220 West Broadway
               San Diego, Ca 92101

         [ ] Additional persons served are listed on the attached page *(write "APP-009, Item 3a" at the top of the page)*.

      (4) I am a resident of or employed in the county where the mailing occurred. The document was mailed from (city and state): Los Angeles, Ca

Form Approved for Optional Use<br>Judicial Council of California<br>APP-009 [Rev. January 1, 2017]

**PROOF OF SERVICE**<br>**(Court of Appeal)**

www.courts.ca.gov

| | APP-009 |
|---|---|
| Case Name: COLLINS V. COUNTY OF SAN DIEGO DEPARTMENT OF CHILD SUPPORT SERVICES | Court of Appeal Case Number: |
| | Superior Court Case Number: 17CV2467MMA (KSC) DISTRICT CASE # |

3. b. ☐ **Personal delivery.** I personally delivered a copy of the document identified above as follows:

   (1) Person served:
   - (a) Name:
   - (b) Address where delivered:

   - (c) Date delivered:
   - (d) Time delivered:

   (2) Person served:
   - (a) Name:
   - (b) Address where delivered:

   - (c) Date delivered:
   - (d) Time delivered:

   (3) Person served:
   - (a) Name:
   - (b) Address where delivered:

   - (c) Date delivered:
   - (d) Time delivered:

   ☐ Names and addresses of additional persons served and delivery dates and times are listed on the attached page *(write "APP-009, Item 3b" at the top of the page).*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 30 March 2018

Clarence Walker
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ *Clarence E. Walker*
(SIGNATURE OF PERSON COMPLETING THIS FORM)

From: J E Collins III
333 W Broadway
8800 Wilshire Blvd
Ste P04-1190
Los Angeles, Ca

7017 2680 0000 9796 5896




**$4.16**

ReadyPost.
Document Mailer

To: U.S. District Court
of Appeals
333 W Broadway
Ste 420 San Diego Ca
92101

UNITED STATES POSTAL SERVICE®
1PJE2150 • AIC-093
Product Code 83300008
www.usps.com
A product of the United States Postal Service®
MADE IN THE U.S.A.

6" x 9" Envelope
$.49

0  15645 72738  0