# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE EDWARD COLLINS, III, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN DIEGO DCSS, <br><br> Defendant. | Case No.: 17cv2467-MMA (KSC) <br><br> **ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL** <br><br> [Doc. No. 15] |

On December 8, 2017, Plaintiff Joe Edward Collins, III ("Plaintiff"), proceeding *pro se*, filed this action against the County of San Diego. *See* Doc. No. 1. On March 22, 2018, the Court dismissed Plaintiff's Complaint for lack of subject matter jurisdiction without leave to amend. *See* Doc. No. 11. Plaintiff filed a notice of appeal. *See* Doc. No. 14. Plaintiff now moves to proceed *in forma pauperis* ("IFP") on appeal pursuant to 28 U.S.C. § 1915(a). *See* Doc. No. 15. For the reasons set forth below, the Court **DENIES** Plaintiff's motion.

First, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). An appeal "is frivolous where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Here, the Court finds that the instant appeal is not taken in good faith, as it lacks an arguable basis in law. The Court explained in its Order

dismissing Plaintiff's Complaint for lack of subject matter jurisdiction that "[a]t its core, Plaintiff's claim centers on his court-ordered child support obligations." Doc. No. 11 at 3. The Court elaborated that, "[i]n other words, Plaintiff seeks to challenge, here in federal court, adverse rulings in state court." *Id.* at 4 (internal quotation marks and citation omitted). Because such a challenge is improper in federal court, the Court finds that Plaintiff's appeal is not taken in good faith.

Second, Plaintiff has not satisfied the requirements of Federal Rule of Appellate Procedure 24. Federal Rule of Appellate Procedure 24 sets forth the requirements for a party to proceed IFP on appeal. *See* Fed. R. App. P. 24. Pursuant to Rule 24,

> . . . a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). In Plaintiff's affidavit accompanying his motion to proceed IFP on appeal, Plaintiff states that his issues on appeal are "I am a disabled veteran who's [sic] only income is disability from the V.A. in the amount of $675.00 per month." Doc. No. 15 at 1. Thus, because Plaintiff has not specified the issue(s) he wishes to appeal, he is not entitled to proceed IFP on appeal. *See* Fed. R. App. P. 24(a)(1)(B)-(C).

Accordingly, the Court **DENIES** Plaintiff's motion to proceed IFP on appeal.

**IT IS SO ORDERED.**

Dated: April 6, 2018

HON. MICHAEL M. ANELLO
United States District Judge