**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

JUN 4 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOE EDWARD COLLINS III, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> COUNTY OF SAN DIEGO, Department of Child Support Services, <br><br> Defendant-Appellee. | No.  18-55444 <br><br> D.C. No. 3:17-cv-02467-MMA-KSC <br> Southern District of California, San Diego <br><br> ORDER |

A review of the district court's docket reflects that the district court has certified that this appeal is not taken in good faith and has revoked appellant's in forma pauperis status. *See* 28 U.S.C. § 1915(a). This court may dismiss a case at any time, if the court determines the case is frivolous. *See* 28 U.S.C. § 1915(e)(2).

Within 35 days after the date of this order, appellant must:

(1) file a motion to dismiss this appeal, *see* Fed. R. App. P. 42(b), or

(2) file a statement explaining why the appeal is not frivolous and should go forward.

If appellant does not respond to this order, the Clerk will dismiss this appeal for failure to prosecute, without further notice. *See* 9th Cir. R. 42-1. If appellant files a motion to dismiss the appeal, the Clerk will dismiss this appeal, pursuant to Federal Rule of Appellate Procedure 42(b). If appellant submits any response to

CO/Pro Se

this order other than a motion to dismiss the appeal, the court may dismiss this appeal as frivolous, without further notice.

If appellant files a statement that the appeal should go forward, appellee may file a response within 10 days after service of appellant's statement.

The briefing schedule for this appeal is stayed.

The Clerk shall serve on appellant: (1) a form motion to voluntarily dismiss the appeal, and (2) a form statement that the appeal should go forward.  Appellant may use the enclosed forms for any motion to dismiss the appeal or statement that the appeal should go forward.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Corina Orozco
Deputy Clerk
Ninth Circuit Rule 27-7

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____   9th Cir. Case No. _____
Appellant(s),

v.

_____
Appellee(s).

## MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), appellant(s) _____hereby move(s) the court for an order dismissing appeal No. _____-_____.

Dated: _____   _____
                              Print Name(s)

                              _____
                              Signature(s)

                              Appellant(s) in Pro Se

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____    9th Cir. Case No. _____

Appellant(s),

v.

_____

Appellee(s).

### STATEMENT THAT APPEAL SHOULD GO FORWARD
(attach additional sheets as necessary)

1. Date(s) of entry of judgment or order(s) you are challenging in this appeal:

_____.

2. What claims did you raise to the court below?

3. What do you think the court below did wrong? (You may, but need not, refer to cases and statutes.)

4. Why are these errors serious enough that this appeal should go forward?

5. Additional Information:

Dated: _____   _____

Print Name(s)

_____

Signature(s)

Appellant(s) in Pro Se