

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 01 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOE EDWARD COLLINS III,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>COUNTY OF SAN DIEGO, Department of Child Support Services,<br><br>        Defendant - Appellee. | No. 18-55444<br><br>D.C. No. 3:17-cv-02467-MMA-KSC<br>U.S. District Court for Southern California, San Diego<br><br>**MANDATE** |

The judgment of this Court, entered October 26, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT

                              By: Jessica F. Flores Poblano
                              Deputy Clerk
                              Ninth Circuit Rule 27-7

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOE EDWARD COLLINS III, | No. 18-55444 |
| Plaintiff-Appellant, | D.C. No. 3:17-cv-02467-MMA-KSC |
| v. | Southern District of California, San Diego |
| COUNTY OF SAN DIEGO, Department of Child Support Services, | ORDER |
| Defendant-Appellee. | |

Before:    SILVERMAN, GRABER, and GOULD, Circuit Judges.

The district court certified that this appeal is not taken in good faith and has denied appellant leave to proceed on appeal in forma pauperis. *See* 28 U.S.C. § 1915(a). On June 4, 2018 the court ordered appellant to explain in writing why this appeal should not be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Upon a review of the record and response to the court's June 4, 2018 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry Nos. 2 and 5), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

**DISMISSED.**